```
 1  COUGHLIN STOIA GELLER
      RUDMAN & ROBBINS LLP
 2  CHRISTOPHER P. SEEFER (201197)
    DANIEL J. PFEFFERBAUM (248631)
 3  100 Pine Street, Suite 2600
    San Francisco, CA  94111
 4  Telephone:  415/288-4545
    415/288-4534 (fax)
 5  chriss@csgrr.com
    dpfefferbaum@csgrr.com
 6
 7  Attorneys for Plaintiff
```

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| In re RIGEL PHARMACEUTICALS, INC. SECURITIES LITIGATION ) ) ) | No. 3:09-cv-00546-JSW <br><br> <u>CLASS ACTION</u> |
| This Document Relates To: ) ) <br> ALL ACTIONS. ) ) | STIPULATION AND [~~PROPOSED~~] ORDER VACATING CASE MANAGEMENT CONFERENCE SET FOR MAY 15, 2009 |

WHEREAS, plaintiff Inter-Local Pension Fund GCC/IBT ("Inter-Local") filed its Complaint for Violations of the Federal Securities Laws ("Complaint") against Rigel Pharmaceuticals, Inc. ("Rigel" or "the Company") on February 6, 2009;

WHEREAS, Inter-Local alleges in the Complaint that this is a securities class action on behalf of all persons who acquired Rigel stock between December 13, 2007 and October 27, 2008 ("Class Period"), including all persons who acquired Rigel stock pursuant and/or traceable to Rigel's registration statement and prospectus issued in connection with the Company's February 2008 secondary offering;

WHEREAS, in accordance with the Private Securities Litigation Reform Act of 1995 ("PSLRA"), 15 U.S.C. §78u-4(a)(3), on February 6, 2009, Inter-Local asserts that it published a press release on *Business Wire* that disclosed the filing of the Complaint and informed persons who acquired Rigel common stock during the Class Period that if they wished to serve as lead plaintiff, they were required to file a motion with the Court no later than 60 days from February 6, 2009;

WHEREAS, in accordance with the PSLRA, Inter-Local asserts that motions to be appointed lead plaintiff must be filed by April 7, 2009;

WHEREAS, pursuant to Civil L.R. 7-3 and this Court's Civil Standing Orders, May 15, 2009 is the earliest date possible for a hearing on motions for lead plaintiff;

WHEREAS, on February 9, 2009, this Court issued an Order setting a case management conference for May 15, 2009 and requiring a joint case management conference statement to be filed five court days prior; and

WHEREAS, the parties believe the May 15, 2009 case management conference should be vacated and rescheduled to a date after the Court appoints a lead plaintiff.

IT IS THEREFORE STIPULATED AND AGREED by plaintiff and defendants, through their respective counsel, that, subject to the Court's approval, the May 15, 2009 case management conference shall be vacated and rescheduled following the completion of the lead plaintiff selection process.

DATED: March 20, 2009

COUGHLIN STOIA GELLER
  RUDMAN & ROBBINS LLP
CHRISTOPHER P. SEEFER
DANIEL J. PFEFFERBAUM

/s/
CHRISTOPHER P. SEEFER

100 Pine Street, 26th Floor
San Francisco, CA 94111
Telephone: 415/288-4545
415/288-4534 (fax)

Attorneys for Plaintiff

DATED: March 20, 2009

BARROWAY TOPAZ KESSLER
  MELTZER & CHECK, LLP
ALAN R. PLUTZIK
L. TIMOTHY FISHER

/s/
ALAN R. PLUTZIK

2125 Oak Grove Road, Suite 120
Walnut Creek, CA 94598
Telephone: 925/945-0770
925/945-8792 (fax)

Attorneys for Plaintiff Rodney Shipway

DATED: March 20, 2009

COOLEY GODWARD KRONISH LLP
WILLIAM S. FREEMAN

/s/
WILLIAM S. FREEMAN

|   |   |   |
|---|---|---|
|   |   | 5 Palo Alto Square<br>3000 El Camino Real<br>Palo Alto, CA 94306-2155<br>Telephone: 650/843-5000<br>650/857-0663 (fax) |
|   |   | Attorneys for Rigel Pharmaceuticals, Inc. and the Individual Defendants |
|   | DATED: March 20, 2009 | MILBANK, TWEED, HADLEY & MCCLOY LLP<br>JERRY L. MARKS<br>PAUL M. TORRES<br>ELIZABETH R. KOENIG |

/s/
JERRY L. MARKS

601 South Figueroa Street, 30th Floor
Los Angeles, CA 90017-5735
Telephone: 213/892-4000
213/629-5063 (fax)

Attorneys for Defendants Credit Suisse Securities (USA) LLC, Thomas Weisel Partners, LLC, Oppenheimer & Co. Inc. and Jefferies & Company, Inc.

I, Christopher P. Seefer, am the ECF User whose ID and password are being used to file this Stipulation and [Proposed] Order Vacating Case Management Conference Set for May 15, 2009. In compliance with General Order 45, X.B., I hereby attest that Alan R. Plutzik, William S. Freeman and Jerry L. Marks have concurred in this filing.

/s/
CHRISTOPHER P. SEEFER

\* \* \*

**O R D E R**

PURSUANT TO STIPULATION, the May 15, 2009 case management conference shall be vacated. The Case Management Conference will be reset after the lead plaintiff is selected.

IT IS SO ORDERED.

DATED: March 23, 2009

*[signature: Jeffrey S. White]*
THE HONORABLE JEFFREY S. WHITE
UNITED STATES DISTRICT JUDGE

S:\casesSD\rigel Pharmaceuticals\sTP00057829.doc

STIPULATION AND [PROPOSED] ORDER VACATING CASE MANAGEMENT CONFERENCE SET
FOR MAY 15, 2009 - 3:09-cv-00546-JSW    - 3 -