IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

In re RIGEL PHARMACEUTICALS, INC.
SECURITIES LITIGATION

No. C 09-00546 JSW

This Document Relates To:

ALL ACTIONS.

**ORDER SETTING BRIEFING SCHEDULE**

This matter is set for a hearing on June 12, 2009 on the motion to be appointed lead plaintiff filed by Inter-Local Pension Fund GCC/IBT. The Court HEREBY ORDERS that any opposition to the motion shall be filed by no later than April 22, 2009 and a reply brief shall be filed by no later than April 29, 2009.

If the Court determines that the matter is suitable for resolution without oral argument, it will so advise the parties in advance of the hearing date. If the parties wish to modify this schedule, they may submit for the Court's consideration a stipulation and proposed order demonstrating good cause for any modification requested.

**IT IS SO ORDERED.**

Dated: April 8, 2009

_____
JEFFREY S. WHITE
UNITED STATES DISTRICT JUDGE