COOLEY GODWARD KRONISH LLP
WILLIAM S. FREEMAN (82002) (freemanws@cooley.com)
JOHN C. DWYER (136533) (dwyerjc@cooley.com)
SHANNON M. EAGAN (212830) (seagan@cooley.com)
Five Palo Alto Square
3000 El Camino Real
Palo Alto, CA  94306-2155
Telephone:    (650) 843-5000
Facsimile:     (650) 857-0663

Attorneys for Defendants
RIGEL PHARMACEUTICALS, INC., JAMES M. GOWER, RYAN D. MAYNARD, DONALD G. PAYAN, RAUL R. RODRIGUEZ, ELLIOTT B. GROSSBARD, JEAN DELEAGE, BRADFORD S. GOODWIN, GARY A. LYONS, WALTER H. MOOS, HOLLINGS C. RENTON, PETER S. RINGROSE, and STEPHEN A. SHERWIN

# UNITED STATES DISTRICT COURT

# NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| IN RE RIGEL PHARMACEUTICALS, INC. SECURITIES LITIGATION.<br><br>This Document Relates To:  All Actions | Master File No.  CV 09-0546 JSW<br><br>CLASS ACTION<br><br>**STIPULATION TO FILE BRIEFS IN EXCESS OF 15 PAGES AND [PROPOSED] ORDER** |

WHEREAS, although Civil Local Rule 7-2 allows for the filing of briefs up to 25 pages in length, this Court's Standing Order limits briefs to 15 pages, except for summary judgment motions and claim construction briefs; and

WHEREAS, the parties have conferred, and agree that in light of the number and complexity of issues presented by the defendants' anticipated motions to dismiss, it will be helpful to the parties, and will hopefully be helpful to the Court, to permit the parties to file principal briefs on the motions not to exceed 25 pages, and reply briefs not to exceed 15 pages,

COOLEY GODWARD KRONISH LLP
ATTORNEYS AT LAW
PALO ALTO

798784 v1/PA

[TITLE]
CASE NO. CV 09-00546 JSW

inclusive of summaries of argument.

IT IS HEREBY STIPULATED that, subject to the approval of the Court, the parties may file opening and opposition briefs in this matter not to exceed the 25 pages, and reply briefs not to exceed 15 pages, exclusive of title pages, indices of cases, table of contents and exhibits, but inclusive of summaries of argument.

| Dated: August 5, 2009 | COOLEY GODWARD KRONISH LLP<br>WILLIAM S. FREEMAN (82002)<br>JOHN C. DWYER (136533)<br>SHANNON M. EAGAN (212830) |
|---|---|
| | /s/<br>William S. Freeman (82002) |
| | Attorneys for Defendants<br>RIGEL PHARMACEUTICALS, INC., JAMES M. GOWER, RYAN D. MAYNARD, DONALD G. PAYAN, RAUL R. RODRIGUEZ, ELLIOTT B. GROSSBARD, JEAN DELEAGE, BRADFORD S. GOODWIN, GARY A. LYONS, WALTER H. MOOS, HOLLINGS C. RENTON, PETER S. RINGROSE, and STEPHEN A. SHERWIN |
| Dated: August 5, 2009 | COUGHLIN STOIA GELLER RUDMAN & ROBBINS LLP<br>CHRISTOPHER P. SEEFER (201197)<br>DANIEL J. PFEFFERBAUM (248631)<br>ASHAR AHMED (256711) |
| | /s/<br>Christopher P. Seefer (201197) |
| | Attorneys For Plaintiff<br>INTER-LOCAL PENSION FUND GCC/IBT |

COOLEY GODWARD
KRONISH LLP
ATTORNEYS AT LAW
PALO ALTO

798784 v1/PA

1.

**[TITLE]**
**CASE NO. CV 09-00546 JSW**

| | | |
|---|---|---|
| 1 | Dated: August 5, 2009 | MILBANK, TWEED, HADLEY & MCCLOY LLP |
| 2 | | JERRY L. MARKS (135395) |
| 3 | | PAUL M. TORRES (240590) |

_____ /s/ _____
Jerry L. Marks (135395)

Attorneys for Defendants
CREDIT SUISSE SECURITIES (USA) LLC,
THOMAS WEISEL PARTNERS, LLC,
OPPENHEIMER & CO. INC. and JEFFERIES &
COMPANY, INC.

### [PROPOSED] ORDER

Upon the stipulation of the parties, and good cause appearing. IT IS SO ORDERED.

Dated: August 6, 2009

_____
THE HONORABLE JEFFREY S. WHITE
UNITED STATES DISTRICT JUDGE

COOLEY GODWARD
KRONISH LLP
ATTORNEYS AT LAW
PALO ALTO

798784 v1/PA 2. [TITLE]
CASE NO. CV 09-00546 JSW