COUGHLIN STOIA GELLER
  RUDMAN & ROBBINS LLP
CHRISTOPHER P. SEEFER (201197)
D. CAMERON BAKER (154432)
DANIEL J. PFEFFERBAUM (248631)
S. ASHAR AHMED (256711)
100 Pine Street, Suite 2600
San Francisco, CA  94111
Telephone: 415/288-4545
415/288-4534 (fax)
chriss@csgrr.com
cbaker@csgrr.com
dpfefferbaum@csgrr.com
aahmed@csgrr.com

Lead Counsel for Plaintiffs

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| In re RIGEL PHARMACEUTICALS, INC. SECURITIES LITIGATION<br><br>This Document Relates To:<br><br>ALL ACTIONS. | No. 3:09-cv-00546-JSW<br><br><u>CLASS ACTION</u><br><br>STATEMENT OF RECENT DECISION<br><br>DATE:          December 4, 2009<br>TIME:          9:00 a.m.<br>COURTROOM:  The Honorable<br>                         Jeffrey S. White |

1  Pursuant to Northern District of California Civil L.R. 7-3(d), plaintiff submits the recent decision in *Siracusano v. Matrixx Initiatives, Inc.*, No. 06-15677, 2009 U.S. App. LEXIS 23716 (9th Cir. Oct. 28, 2009), attached hereto as Exhibit A. The *Matrixx* decision is relevant to and supports plaintiff's arguments that defendants knowingly made materially false and misleading statements about the efficacy and safety results of the R788 Phase IIa clinical trial during the Class Period in violation of the federal securities laws.

DATED: November 3, 2009

COUGHLIN STOIA GELLER
  RUDMAN & ROBBINS LLP
CHRISTOPHER P. SEEFER
D. CAMERON BAKER
DANIEL J. PFEFFERBAUM
S. ASHAR AHMED

/s/
CHRISTOPHER P. SEEFER

100 Pine Street, Suite 2600
San Francisco, CA  94111
Telephone:  415/288-4545
415/288-4534 (fax)

Lead Counsel for Plaintiffs

S:\casesSD\rigel Pharmaceuticals\STM00062789.doc

STATEMENT OF RECENT DECISION - 3:09-cv-00546-JSW     - 1 -

| | |
|---|---|
| 1 | CERTIFICATE OF SERVICE |
| 2 | I hereby certify that on November 3, 2009, I electronically filed the foregoing with the Clerk |
| 3 | of the Court using the CM/ECF system which will send notification of such filing to the e-mail |
| 4 | addresses denoted on the attached Electronic Mail Notice List, and I hereby certify that I have |
| 5 | mailed the foregoing document or paper via the United States Postal Service to the non-CM/ECF |
| 6 | participants indicated on the attached Manual Notice List. |
| 7 | I certify under penalty of perjury under the laws of the United States of America that the |
| 8 | foregoing is true and correct. Executed on November 3, 2009. |

         s/ Christopher P. Seefer
         CHRISTOPHER P. SEEFER

         COUGHLIN STOIA GELLER
            RUDMAN & ROBBINS LLP
         100 Pine Street, 26th Floor
         San Francisco, CA  94111
         Telephone:  415/288-4545
         415/288-4534 (fax)

         E-mail:chriss@csgrr.com

STATEMENT OF RECENT DECISION - 3:09-cv-00546-JSW      - 2 -

## Mailing Information for a Case 3:09-cv-00546-JSW

**Electronic Mail Notice List**

The following are those who are currently on the list to receive e-mail notices for this case.

- **Margaret Irene Branick-Abilla**
  mbranickabilla@cooley.com,wilsonla@cooley.com,foxl@cooley.com

- **John C. Dwyer**
  dwyerjc@cooley.com,giovannonib@cooley.com

- **Shannon Marie Eagan , Esq**
  seagan@cooley.com

- **William S. Freeman**
  freemanws@cooley.com,galancr@cooley.com,dvance@rigel.com

- **Jerry L. Marks**
  jmarks@milbank.com,mawalsh@milbank.com

- **Matthew Paul Montgomery**
  mattm@csgrr.com,e_file_sf@csgrr.com,e_file_sd@csgrr.com

- **Sundeep Ravindra Patel**
  spatel@cooley.com

- **Erik David Peterson**
  epeterson@btkmc.com

- **Daniel Jacob Pfefferbaum**
  DPfefferbaum@csgrr.com,aserros@csgrr.com,nrogers@csgrr.com,khuang@csgrr.com

- **Darren Jay Robbins**
  e_file_sd@csgrr.com

- **Christopher Paul Seefer**
  chriss@csgrr.com,jdecena@csgrr.com,vcordial@csgrr.com,khuang@csgrr.com,e_file_sf@csgrr.com,mburch@csgrr.com,cbaker@csgrr.com,e_file_sd@csgrr.com

- **Paul Michael Torres**
  ptorres@milbank.com

**Manual Notice List**

The following is the list of attorneys who are **not** on the list to receive e-mail notices for this case (who therefore require manual noticing). You may wish to use your mouse to select and copy this list into your word processing program in order to create notices or labels for these recipients.

- (No manual recipients)