COUGHLIN STOIA GELLER
  RUDMAN & ROBBINS LLP
WILLOW E. RADCLIFFE (200087)
DANIEL J. PFEFFERBAUM (248631)
S. ASHAR AHMED (256711)
100 Pine Street, Suite 2600
San Francisco, CA  94111
Telephone: 415/288-4545
415/288-4534 (fax)
willowr@csgrr.com
dpfefferbaum@csgrr.com
aahmed@csgrr.com

Lead Counsel for Plaintiffs

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| In re RIGEL PHARMACEUTICALS, INC. SECURITIES LITIGATION | No. 3:09-cv-00546-JSW |
| | CLASS ACTION |
| This Document Relates To: | STIPULATION AND [PROPOSED] ORDER EXTENDING TIME FOR FILING LEAD PLAINTIFF'S AMENDED COMPLAINT AND BRIEFING SCHEDULE ON MOTION TO DISMISS |
| ALL ACTIONS. | |

478254_1

1  WHEREAS, on December 21, 2009, this Court issued an order granting defendants' motion to dismiss plaintiff's Consolidated Complaint for Violations of the Federal Securities Laws and instructed plaintiff to file an amended consolidated complaint no later than January 20, 2010, with defendants' motion to dismiss due no later than February 9, 2010 (Dkt. No. 55).

WHEREAS, due to a scheduling conflict, lead plaintiff has requested and defendants have agreed, subject to the approval of the Court, to extend the time for plaintiff to file its amended complaint and adjust the briefing schedule on the motion to dismiss as follows:

1. Lead plaintiff shall file its amended complaint no later than January 27, 2010;

2. Defendants shall file their motion to dismiss no later than February 16, 2010;

3. Lead plaintiff shall file its opposition to the motion to dismiss no later than March 8, 2010; and

4. Defendants shall file their reply in support of the motion to dismiss no later than March 18, 2010.

WHEREAS, the proposed schedule will not cause undue delay nor affect any scheduled case management conference date or hearing date.

NOW THEREFORE, it is stipulated and agreed by the parties that:

1. Lead plaintiff shall file its amended complaint no later than January 27, 2010;

2. Defendants shall file their motion to dismiss no later than February 16, 2010;

3. Lead plaintiff shall file its opposition to the motion to dismiss no later than March 8, 2010; and

4. Defendants shall file their reply in support of the motion to dismiss no later than March 18, 2010.

DATED: January 13, 2010

COUGHLIN STOIA GELLER
RUDMAN & ROBBINS LLP
WILLOW E. RADCLIFFE
DANIEL J. PFEFFERBAUM
S. ASHAR AHMED

_____
WILLOW E. RADCLIFFE

478254_1  STIP AND [PROPOSED] ORDER EXTENDING TIME FOR FILING LEAD PLAINTIFF'S AMENDED COMPLAINT AND BRIEFING SCHEDULE ON MOTION TO DISMISS - 3:09-cv-00546-JSW   - 1 -

| | |
|---|---|
| 1 | |
| 2 | 100 Pine Street, Suite 2600<br>San Francisco, CA 94111 |
| 3 | Telephone: 415/288-4545<br>415/288-4534 (fax) |
| 4 | Lead Counsel for Plaintiffs |
| 5 | DATED: January 13, 2010 ~~[Insert Date]~~ |
| 6 | COOLEY GODWARD KRONISH LLP<br>WILLIAM S. FREEMAN |
| 7 | JOHN C. DWYER<br>SHANNON M. EAGEN<br>MARGARET I. BRANICK-ABILLA |
| 8 | |
| 9 | /s/ Shannon S. Eagen |
| 10 | SHANNON M. EAGEN |
| 11 | ~~Five Palo~~ Alto Square<br>3000 El Camino Real |
| 12 | Palo Alto, CA 94306-2155<br>Telephone: 650/843-5000 |
| 13 | 650/849-7400 (fax) |
| 14 | Attorneys for Defendants |
| 15 | * * * |
| 16 | **O R D E R** |
| 17 | PURSUANT TO STIPULATION, IT IS SO ORDERED. |
| 18 | DATED: January 14, 2010  /s/ Jeffrey S. White |
| 19 | THE HONORABLE JEFFREY S. WHITE<br>UNITED STATES DISTRICT JUDGE |

478254_1

STIP AND [~~PROPOSED~~] ORDER EXTENDING TIME FOR FILING LEAD PLAINTIFF'S AMENDED
COMPLAINT AND BRIEFING SCHEDULE ON MOTION TO DISMISS - 3:09-cv-00546-JSW

- 2 -