# EXHIBIT A

## DECLARATION of DANIEL A. BLOCH

I, Daniel A. Bloch, of the City of Tucson, in the state of Arizona, declare as follows:

I am an Emeritus Professor in the Department of Health Research and Policy, Division of

Biostatistics at Stanford University, Stanford, California. I was appointed Associate

Professor in 1993, Full Professor in 2001 and have been emeritus since 2007.

My primary interests include application of mathematical statistics to scientific studies and to

advance bio-statistical research methodology. I have published 196 original articles in peer-

reviewed journals and have an additional eight articles either in press or submitted for

publication. Approximately 170 of these articles have appeared in medical journals, mostly

co-authored with medical faculty at Stanford and at other universities in the United States,

Canada and Europe. Often these collaborations have afforded me the opportunity to explore

the application of recently developed statistical methods by illustrating their use on real data,

and to explore the development of new statistical methods. Among the several dozen articles

devoted to statistical methods, topics include efficiency and the bias of estimators, sample

size estimation, kappa statistics, non-parametric statistics, methods of assessing multi-

parameter endpoints, and other topics.

I am particularly experienced in applying statistics to the rheumatic diseases. I have co-

authored well over 30 articles in *Arthritis and Rheumatism* and 25 articles in the *Journal of

Rheumatology*, considered by many to be among the leading specialized peer-reviewed journals

for these fields of medicine. I have been statistical reviewer for dozens of medical journals,

including most journals in Europe, Canada and the U.S. that specialize in arthritis and

rheumatism. I have been a member of numerous data safety and monitoring boards for

studies of new agents to treat these diseases. Most recently, I participated in an ongoing US Food & Drug Administration (FDA) initiative seeking information on issues related to clinical development programs for human drugs, biological products, and medical devices for the treatment and prevention of osteoarthritis. Specifically, I served as Chair of the "Statistical Considerations" working group for the Osteoarthritis Society International (OARSI) proposal accepted by the FDA. I believe that recognition of my expertise as a statistical researcher and at-large applicator to diverse fields of medicine are behind a recent Nobel Prize committee's invitation to me to provide nominations for the Nobel Prize in Medicine.

I have extensive teaching experience, having taught courses offered by both the Mathematical Statistics and the Health Research and Policy departments at Stanford. Before becoming emeritus, at Stanford I supervised the statistical efforts of numerous post-doctoral fellows and medical students. I have also been invited to give dozens of bio-statistical presentations, in such diverse settings as Harvard, The Johns Hopkins University, the FDA Center for Biologics Evaluation and Research, the College of Problems for the Drug Dependence and the American College of Rheumatology annual meetings and at Institute of Mathematical Statistics meetings.

Since 1987 I have been a consultant on an ad hoc basis to pharmaceutical and biotechnical firms, including both start-up and established companies. Herein I participate in all aspects of applying statistics to implement investigational plans; e.g.: for protocol development, design of trials, data base design, and analysis. I continue to serve on numerous data safety monitoring boards and have been a member of the FDA Statistical Advisory Panel. I attach

as Exhibit 1 my *curriculum vitae* which sets out, in greater detail, my professional qualifications.

**The Present Case**

I have been retained by the law firm of Coughlin, Stoia, Geller, Rudman & Robbins, counsel for plaintiffs in a securities class action against Rigel Pharmaceuticals, Inc, to provide expert opinion and comments with regard to data interpretation, reporting and use of statistics in (a) the December 13, 2007 press release issued by Rigel, in (b) the ACR20, ACR50 and ACR70 summary data per Country and US/Mexico combined, dated October, 2008, and in (c) the Weinblatt et al article published in *Arthritis and Rheumatism* in November, 2008. In this regard I was given a copy of the Class Action Consolidated Complaint demanding a trial by jury, dated July 14, 2009.

**Comments on Rigel's December 13, 2007 Press Release "Efficacy Results."**

1. Rigel announced "R788 has demonstrated statistically significant results in treated Rheumatoid Arthritis…" and that " Groups treated …at 100mg and 150mg…showed higher ACR20, ACR50, ACR70 and DAS28 response rates than the placebo group."  However, the reported achieved levels of statistical significance (p-values) were not adjusted for the multiple pair-wise comparisons performed by Rigel. At a minimum, 16 comparisons were performed: for each the of three doses, comparisons were performed of each of the four outcome variables to Placebo ( 12 comparison) and comparisons were performed between 100mg and 150mg dose groups of each of the four outcome variables (4 comparisons). Since we are not told if the 50mg group was to be compared to either of the other two higher dose groups, I do not know if an additional 8 comparisons were performed but I suspect the intent was to make these comparisons as well. A person skilled in the art of applied statistics

understands that when multiple comparisons are performed, an actual p-value is greater than the nominal, unadjusted value. The most common method to adjust p-values is the Bonferroni method---with this method each nominal p-value is multiplied by the number of comparisons. Applying this method to the nominal p-values included in the December 13, 2007 Efficacy Results table, among the eight comparisons with nominal p-values $< 0.05$ only six are significant after adjusting for 16 comparisons. The ACR20 100mg comparison to Placebo and the DAS28-CRP 100mg comparison to Placebo are not statistically significant at the 5% significance level.

2. I have verified that the 6 nominal p-values reported in the Efficacy Results table for the 6 ACR comparisons are correct with applications of the chi-square test for 2X2 contingency tables. However, when chi-square tests are applied to the DAS28-CRP data, one learns that both of the nominal reported p-values are not correct. The correct nominal p-values are $p=0.049$ (not 0.005 as reported) for comparing DAS28-CRP 100mg results to the Placebo group and $p=0.002$ (not $<0.001$) for comparing DAS28-CRP 150mg results to the Placebo group.

3. Methods other than the Bonferroni method could be employed to adjust for multiple comparisons. One method is the Tukey Method of Multiple Comparisons which makes reference to the Studentized Range distribution. Tukey's method adjusts the achieved significance level for all possible pair-wise comparisons that could be made among groups. Upon applying Tukey's Studentized Range test to the 189 patients among 4 dose groups with data recorded for ACR20, one learns that the ACR20 100mg comparison to Placebo is significant at the $p=0.03$ level and the 150mg comparison to Placebo is significant at the $p=0.004$ level. Here, each p-value has been adjusted for 6 different pair-wise comparisons. However, the results of applying Tukey's Studentized Range test separately to each Country's ACR20 Data clearly show these p-values are incorrect because of the distortion of the

results created by combining data from the U.S. and Mexico. In fact, neither the ACR20 100mg

comparison to Placebo nor the ACR20 150mg comparison to placebo is statistically significant. These

results are presented below.

**Comments on Rigel's October 27, 2008 Report of ACR Response Data by Country**

1. **Pooling the U.S. and Mexico data rather than combining each country's separate**
   **results is not appropriate**

   Inspection of the ACR rates by Country easily reveals that the analysis of the combined data

   from the U.S. and Mexico reported with the December 13, 2007 press release is not

   appropriate and resulted in misleading success rates and false p-values. Specifically,

   Defendant failed to account for the fact that patients in Mexico had higher success rates in

   all treatment groups than the U.S patient groups. Because the Defendant did not report an

   analysis which adjusts for these large differences in success rates between countries, the

   results presented in Rigel's December 13, 2007 Press Release bias results in favor of R788.

   Two examples are as follows: (1) Referencing  the patient populations who received the

   150mg dose or Placebo and were assessed for response with the ACR20, the  primary

   outcome variable, the differences in response rates of the 150mg group verses the Placebo

   group were 16% and 21% in the U.S. and Mexico, respectively. However, the difference

   reported with the December 13, 2007 press release is 34%, a success rate over twice that

   achieved in the U.S and 13% higher than that achieved in Mexico. (2) Referencing the

   patient populations who received the 50mg dose or Placebo and were assessed for response

   with the ACR20, the primary outcome variable, the differences in success rates of the 50mg

group verses the Placebo group was 9% in the U.S. No such comparison can be made for

patients treated in Mexico since no patients received the 50mg dose in Mexico. However, the

difference reported with the December 13, 2007 press release is -5%, a difference in success

rates which is 14% lower than that achieved in the only country that gave patients the 50mg

dose, the U.S. These examples illustrate that the data from the U.S and Mexico should not

pooled, and that a proper, overall, analysis must combine the results of pair-wise

comparisons obtained from each country.

This led me to perform the following series of analyses: 1) Perform chi-square tests separately for

each Country, 2) Combine the nominal p-values obtained from the separate chi-square tests across

Countries to obtain an overall nominal p-value, adjusted for Country, 3) Perform Fisher Exact tests

to the 2X2 Contingency  table data, 4) Combine the nominal p-values obtained from the separate

Fisher Exact tests across Countries to obtain an overall nominal p-value, adjusted for Country, 5)

Apply Tukey's Studentized Range test separately to each Country's ACR20 data. Chi-square tests

were performed because they were the statistical tests performed by the defendants, but I applied

them separately to each country's data. Fisher's Exact tests were performed because often use of a

chi-square test was not statistically justifiable. I used a second method developed by Fisher, Fisher's

procedure to combine p-values from 2 independent studies, in order to obtain an accurate p-value

for the combined results from the U.S. and Mexico. I applied Tukey's Studentized Range test to

ACR20 success rates, the primary outcome variable, in order to address the multiple comparisons

problem. This is a basic set of analyses applying standard statistical methodologies.

2.      **The Fisher Exact test**

Fisher's Exact test is a non-parametric test that does not rely on asymptotic Normality

assumptions, as does the chi-square test. It is most useful when at least one of the sample

sizes in the 2X2 contingency table is so small that the chi-square test should not be used. Two criteria that are often employed are to require using a test such as the Fisher Exact test (i) if the expected cell frequency of the smallest entry in the 2X2 table is less than 5 {Reference Fleiss, page 25}, and (ii) if the smallest entry in the 2X2 table is less than 20 {Reference Moses, page 231}. Because of it's computational simplicity, a modified version of the chi-square test, often called the Yates chi-square test {Reference Moses, pages 234-5}, is often employed instead of Fisher's Exact test. In what follows I do not report on results obtained using the Yates chi-square test because results were close to those obtained with Fisher's Exact test.

3.   **Results of performing chi-square tests separately for each Country**

**(A) ACR20**: Comparison of 100mg dose to Placebo. The nominal p-values obtained by applying separate chi-square tests to the U.S data and to the Mexico data are 0.047 and 0.130, respectively. Using Fisher's procedure to combine p-values from 2 independent studies, the overall nominal p-value equals 0.037. The nominal p- value of 0.008 reported with the December 13, 2007 press release is false. Since the smallest frequency in both the U.S. and Mexico 2X2 data tables is less than 20, Fisher's Exact test results are presented below.

**(B) ACR20**: Comparison of 150mg dose to Placebo.  The nominal p-values obtained by applying separate chi-square tests to the U.S data and to the Mexico data are 0.460 and 0.076, respectively. Using Fisher's procedure to combine p-values from 2 independent studies, the overall nominal p-value equals 0.152. The nominal p-value of <0.001 reported with the December 13, 2007 press release is false and the correct conclusion is that success rates between the 150mg and Placebo groups are not statistically significantly different.

Additionally, since the smallest frequency in both the U.S. and Mexico 2X2 data tables is less than 20, Fisher's Exact test results are presented below.

**(C) ACR50**: Comparison of 100mg dose to Placebo. The nominal p-values obtained by applying separate chi-square tests to the U.S data and to the Mexico data are 0.021 and 0.050, respectively. Using Fisher's procedure to combine p-values from 2 independent studies, the overall nominal p-value equals 0.003. The nominal p-value of 0.002 reported with the December 13, 2007 press release is false. However, since the smallest expected cell frequency of the U.S. data is 3.8 and the smallest frequency in both the U.S. and Mexico 2X2 data tables is less than 20, Fisher's Exact test results are presented below.

**(D) ACR50**: Comparison of 150mg dose to Placebo. The nominal p-values obtained by applying separate chi-square tests to the U.S data and to the Mexico data are 0.014 and 0.078, respectively. Using Fisher's procedure to combine p-values from 2 independent studies, the overall nominal p-value equals 0.026. The nominal p- value of <0.001 reported with the December 13, 2007 press release is false. However, since the smallest expected cell frequency of the U.S. data is 2.5 and the smallest frequency in both the U.S. and Mexico 2X2 data tables is less than 20, Fisher's Exact test results are presented below.

(E) **ACR70**: Comparison of 100mg dose to Placebo. The nominal p-values obtained by applying separate chi-square tests to the U.S data and to the Mexico data are 0.051 and 0.004, respectively. Using Fisher's procedure to combine p-values from 2 independent studies, the overall nominal p-value equals 0.0006. However, because the smallest expected cell frequency of the U.S. data is 1.6 and the smallest frequency in both the U.S. and Mexico 2X2 data tables is less than 20, Fisher's Exact test results are presented below.

 **(F) ACR70**: Comparison of 150mg dose to Placebo. The nominal p-values obtained by applying separate chi-square tests to the U.S data and to the Mexico data are 0.001 and

0.009, respectively. Using Fisher's procedure to combine p-values from 2 independent studies, the overall nominal p-value equals 0.0001. However, because the smallest expected cell frequency of the U.S. data is 1.7 and the smallest frequency in both the U.S. and Mexico 2X2 data tables is less than 20, Fisher's Exact test results are presented below

**(G) Summary of Results of performing chi-square tests separately for each Country**

The overall nominal p-values are higher than those reported with the December 13, 2007 press release, even without accounting for multiple comparisons. The overall nominal p-values comparing both 100mg and 150mg groups to Placebo for the primary outcome variable, the ACR20, and the overall nominal p-value comparing the 150mg group to Placebo for the ACR50 are much bigger than those reported with the December 13, 2007 press release. Since in all instances p-values obtained using the ordinary chi-square are questionably valid, Fisher's Exact test is the preferred statistical method.

4.     **Results of performing Fisher Exact tests separately to each Country**

As pointed out in the previous section, Fisher Exact test rather than a chi-square test is the appropriate statistical procedure.

**(A) ACR20**: Comparison of 100mg dose to Placebo. The nominal p-values obtained by applying separate Fisher Exact tests to the U.S data and to the Mexico data are 0.068 and 0.1474, respectively. Using Fisher's procedure to combine p-values from 2 independent studies, the overall nominal p-value equals 0.056. The nominal p-value of 0.008 reported with the December 13, 2007 press release is false. The conclusion is that success rates between the 100mg and Placebo groups are not statistically significantly different.

**(B) ACR20**: Comparison of 150mg dose to Placebo. The nominal p-values obtained by applying separate Fisher Exact tests to the U.S data and to the Mexico data are 0.589 and 0.094, respectively. Using Fisher's procedure to combine p-values from 2 independent

studies, the overall nominal p-value equals 0.216. The nominal p-value of <0.001 reported with the December 13, 2007 press release is false. The conclusion is that success rates between the 150mg and Placebo groups are not statistically significantly different.

**(C) ACR50**: Comparison of 100mg dose to Placebo. The nominal p-values obtained by applying separate Fisher Exact tests to the U.S data and to the Mexico data are 0.037 and 0.086, respectively. Using Fisher's procedure to combine p-values from 2 independent studies, the overall nominal p-value equals 0.022. . The nominal p-value of 0.002 reported with the December 13, 2007 press release is false. If adjusted for multiple comparisons, the success rates between the 100mg and Placebo groups are not statistically significantly different.

**(D) ACR50**: Comparison of 150mg dose to Placebo.  The nominal p-values obtained by applying separate Fisher Exact tests to the U.S data and to the Mexico data are 0.064 and 0.1144, respectively. Using Fisher's procedure to combine p-values from 2 independent studies, the overall nominal p-value equals 0.043. The nominal p-value of <0.001 reported with the December 13, 2007 press release is false. If adjusted for multiple comparisons, the success rates between the 150mg and Placebo groups are not statistically significantly different.

(E) **ACR70**:  Comparison of 100mg dose to Placebo. The nominal p-values obtained by applying separate Fisher Exact tests to the U.S data and to the Mexico data are 0.088 and 0.005, respectively. Using Fisher's procedure to combine p-values from 2 independent studies, the overall nominal p-value equals 0.004. The nominal p-value of <0.001 reported with the December 13, 2007 press release is false.

**(F) ACR70**: Comparison of 150mg dose to Placebo.  The nominal p-values obtained by applying separate Fisher Exact tests to the U.S data and to the Mexico data are 0.023 and

0.01, respectively. Using Fisher's procedure to combine p-values from 2 independent studies, the overall nominal p-value equals 0.002. The nominal p-value of <0.001 reported with the December 13, 2007 press release is false.

**(G) Summary of Results of performing Fisher Exact tests separately for each Country**

The combined p-values attained with using Fisher Exact tests are more accurate than those using chi-square tests. The overall nominal p-values are higher than those reported with the December 13, 2007 press release, even without accounting for multiple comparisons. Of note, not only are the overall nominal p-values comparing both 100mg and 150mg groups to Placebo for the primary outcome variable, the ACR20, much bigger than those reported with the December 13, 2007 press release, the conclusion is that success rates between either high dose group and Placebo are not statistically significantly different. This conclusion is supported with the application of Tukey's Studentized Range tests to the ACR20 outcome data. The results obtained with Tukey's Studentized Range tests are presented in the next section.

5   **Results of applying Tukey's Studentized Range test separately to each Country's ACR20 Data.**

The purpose of applying Tukey's Studentized Range test separately to each country's data and then combining the test results to obtain overall p-values is to obtain valid p-values, having adjusted for differences between U.S and Mexico and to account for the multiple pair-wise comparisons performed by Rigel. Upon applying Tukey's Studentized Range test to the 97 U.S. patients among 4 dose groups with data recorded for ACR20, one learns that the ACR20 100mg comparison to Placebo is not significant with p=0.191 and the 150mg

comparison to Placebo is not significant with p=0.902. Here p-values have been adjusted for 6 different pair-wise comparisons. Upon applying Tukey's Studentized Range test to the 92 Mexico patients among 3 dose groups with data recorded for ACR20 (Mexico did not treat patients with the 50mg dose), one learns that the ACR20 100mg comparison to Placebo is not significant with p=0.259 and the 150mg comparison to Placebo is not significant with p=0.172. Here p-values have been adjusted for 3 different pair-wise comparisons. Using Fisher's procedure to combine the p-values from the U.S. and Mexico, the overall p-values equal 0.198 and 0.444 when the 100mg and 150mg group success rates are compared to Placebo success rates, respectively.

### Summary of results of applying Tukey's Studentized Range test separately to each country's ACR20 data

With this analysis I have controlled for differences between U.S and Mexico and for multiple pair-wise comparisons that were made between groups. The overall p-values comparing both 100mg and 150mg groups to Placebo for the primary outcome variable, the ACR20, are large and the correct conclusion is that success rates between either of the high dose groups and Placebo are not statistically significantly different. The nominal p-values reported with the December 13, 2007 press release are false and misleading.

### Summary Comments Based on Proper Statistical Analyses Allowed with Rigel's October 27, 2008 Report of ACR Response Data by Country

When the data is properly analyzed, all of the nominal p-values are higher than those reported with the December 13, 2007 press release, even without accounting for multiple

comparisons. The comparisons of both 100mg and 150mg groups to Placebo for the

primary outcome variable, the ACR20, with or without accounting for multiple comparisons,

are not statistically significant.


**Weinblatt et al article published in *Arthritis and Rheumatism* , November, 2008**

In addition to the failures of statistical analyses revealed by my re-calculation of all of the p-values

reported with Rigel's December 13, 2007 press release of "Efficacy Results" and revealed with my

analysis allowed with Rigel's October 27, 2008 report of ACR response data by country, the

statistical analysis in the *Arthritis and Rheumatism* publication also contains errors. As did Rigel's

December 13, 2007 report of "Efficacy Results," the errors in this article skew results in favor of

R788. In my opinion, the incorrect and misleading presentation of study design and faulty analyses

cast the efficacy of R788 in an overly optimistic light. In what follows I will first provide a brief

summary defining the statistical concepts of "level of significance" and "power" of a statistical

test. With this background, I will support my contentions in subsequent comments.


**Significance level, one-sided and two-sided tests, and the power of a statistical test**

    **(A) Significance level.** There are two kinds of error one must guard against in designing a

        study comparing drug groups. The first error, called the Type I error, occurs when one

        states the difference in success rates between groups is real when in fact the difference is

        zero. This error is controlled during the planning phase of the study by choosing the

        significance level of the test, denoted by $\alpha$ , to be small, typically not greater than 5%.

        The results of the study are "statistically significant" if the observed difference between

        the success rates of the two groups is sufficiently large so that the p-value derived from

applying the statistical test is not greater than $\alpha$. In what follows I set $\alpha = 5\%$, the

significance level reportedly used by Rigel in planning their study.

**(B) One-sided and two-sided tests.** Let $s_1$ and $s_2$ denote the observed success rates of

the two drugs to be compared. The percentages $s_1$ and $s_2$ estimate the underlying (but

unknown) success rates in the entire population who could receive either drug. Denote

these hypothetical population success rates by $S_1$ and $S_2$. If the difference in rates is

not zero and the Investigator hypothesizes that the difference in rates can only occur in

one direction, say $S_2$ must be greater than $S_1$, then a one-sided test is performed. The

test will be "statistically significant" at the 5% level of significance only if $s_2$ is

sufficiently greater than $s_1$ so that the p-value from the test is not more than 5%. With a

two-sided test, "statistical significance" is achieve if either $s_2$ is sufficiently greater than

$s_1$ or if $s_1$ is sufficiently greater than $s_2$. The significance level of 5% is divided in two, so

that the p-value must not exceed 2.5% if $s_2$ is sufficiently greater than $s_1$ or not exceed

2.5% if $s_1$ is sufficiently greater than $s_2$. For any given comparison between drug

groups, only one of these possibilities can occur (either $s_2$ is greater than $s_1$ or $s_1$ is

greater than $s_2$). All of the p-values reported with Rigel's December 13, 2007 report of

"Efficacy Results" and reported by Weinblatt et al in the *Arthritis and Rheumatism*

publication are two-sided.


A one-sided test is called for only if there is no interest in a difference in the reverse

direction. However, for the Rigel study results an analyst is ethically required to perform

two-sided tests, for if the data should reveal that the group receiving the active drug

compound did worse than the Placebo group, this result must be reported. This conclusion can only be reached with a two-sided test.

### (C) Power of a statistical test

The second kind of error, called the Type II error, occurs when one fails to find that the difference in success rates between groups is real when in fact the difference is real. How large a difference is "real" is a clinical judgment of what is minimally important to detect. This error is controlled during planning phase of the study by choosing the probability of failing to find what is deemed "minimally important to detect" as being statistically significant, denoted by $\beta$, to be relatively small, typically not greater than 0.20. The value of $(1-\beta)\%$ is the power of the test. The power level reportedly used by Rigel in planning their study equals 70%.

**Comments on Weinblatt et al article published in *Arthritis and Rheumatism*, November, 2008**

1. In the "**Statistical analysis**" section on page 3311, the authors state that " Thirty-five evaluable patients in each group would provide 70% power to detect a treatment difference of 25% between the R788 groups and the placebo group at the 5% significance level." Firstly, one learns upon performing the sample size calculation that the 5% significance value used in this power calculation was one-sided rather than two sided. All hypothesis tests are two-sided. Had the 2-sided 5% significance level been used, 46 evaluable patients in each group would provide 70% power to detect a treatment difference of 25% between the R788 groups and the placebo group. Secondly, with such small sample sizes, an expert skilled in the art of applied statistics would usually recommend sample size estimates be calculated

using formula that are second-order correct. Had this been applied in this case, 53 evaluable

patients in each group would provide 70% power to detect a treatment difference of 25%

between the R788 groups and the placebo group {Reference Fleiss, Table A.3). In fact, the

study only had 50% power to detect a treatment difference of 25% between the R788 groups

and a placebo group at the 2-sided 5% significance level.

**Summary of Rigel's presentation of study design**

This study was designed to test each of the multiple comparisons between drugs with

nominal p-values, and each test was performed at the 5% significance level with only 50%

power to detect a difference of 25% between a R788 group and a placebo group. The

presentation of the study design was not accurate and misleadingly. The authors'

presentation that the power was 70% misleads the public to believe the study design was

more robust than it actually was.

2.  The ACR response rates and number of patients achieving response In **Table 2** on page

    3313 agree with those contained in Rigel's December 13, 2007 Press Release. However, the

    **DAS28<2.6 outcome** data do not agree with the data contained in Rigel's December 13,

    2007 Press Release. For example, with the December 13, 2007 Press Release Rigel reports

    that 17 of the 49 (35%) patients treated with the 100mg dose were DAS28 responders. But

    in Table 2 of the *Arthritis and Rheumatism* publication, 11 were DAS28 responders with a

    reported response rate of 26%. If the number of patients included in this analysis equals 43,

    then 11 of 43 corresponds to the reported 26% rate. The difference appears to be

    attributable to the *Arthritis and Rheumatism* article including only those who completed the

    study in the DAS28 success analysis (see **Figure 1** : Disposition of the patients, page 3312 of

    the *Arthritis and Rheumatism* article). Thus with the DAS28 outcome, it is not true that "All

    patients randomized into the study were included in the efficacy and safety analysis," as the

authors state on page 3311. This is in direct contrast to the December 13, 2007 analysis which included all patients.

**Conclusion based on the *Arthritis and Rheumatism* article presentation of DAS28<2.6 outcome data**

The analysis of the DAS28<2.6 success rates presented in the *Arthritis and Rheumatism* article did not include all patients. It appears that "non-completers" were omitted, thereby skewing the data and results being biased favoring R788.

3. **The Arthritis and Rheumatism publication falsely claimed that R788 significantly decreased certain biomarkers**.

On page 3314 the authors wrote "There was a significant decrease from baseline in serum IL-6 and MMP-3 levels in the 2 higher dose groups (100mg and 150mg) versus placebo at week 12 ($P=0.05$ for IL-6 level in the 100 mg group, $P< 0.001$ for IL-6 in the 150mg group, and $P< 0.01$ for MMP-3 level in both high-dose groups)." Using the summary statistics for these two outcome variables presented in **Table 3** on page 3313, I have performed the four two-sample t-tests (method per statistical analysis plan) comparing average change in the high dose groups to change in the Placebo group. The results are as follows: (i) Comparing average change of IL-6 level in the 100 mg group to the average change in the Placebo group, $p=0.152$, (ii) Comparing average change of IL-6 level in the 150 mg group to the average change in the Placebo group, $p< 0.009$, (iii) Comparing average change of MMP-3 in the 100 mg group to the average change in the Placebo group, $p=0.125$, (iv) Comparing average change of MMP-3 in the 150 mg group to the average change in the Placebo group, $p=0.074$.

17

Summary of the analyses of biomarker data presented in *the Arthritis and Rheumatism* publication

The reported p-values are false and in 3 of the 4 pair-wise comparisons the decrease was not statistically significant compared to Placebo. The faulty analyses presented R788 as being statistically superior when no such claim is warranted.

4.      Regarding difference between Mexico and U.S data, on page 3313 the authors acknowledge that "the ACR20 did show a country effect...," but they do not provide a proper analysis to correct the distortion of the results due to the failure of accounting for country differences.

I declare under penalty of perjury that the foregoing is correct to the best of my knowledge and belief. This Declaration was executed the 23rd day of January, 2010, at Tucson, Arizona.

*Daniel A. Bloch*

Daniel A. Bloch, PhD
Emeritus Professor of Biostatistics
Stanford University

## REFERENCES

Fleiss, J.L. *Statistical Methods for Rates and Proportions,* second edition. John Wiley & Sons, New York, 1981

Moses, L.E. *Think and Explain with Statistics.* Addison-Wesley, Menlo Park, California, 1986.

# EXHIBIT 1

**February 1, 2009**

## CURRICULUM VITAE

### Daniel A. Bloch, Ph.D.

**BIRTHPLACE & DATE:**        Palo Alto, CA; January 15, 1941

**MARITAL STATUS:**           Married: Four children – born 1969, 72, 81, 85

**UNIVERSITY AFFILIATION:**   Stanford University School of Medicine
                              Department of Health Research and Policy
                              Division of Biostatistics
                              Room T206
                              Stanford, CA 94305-5405
                              Phone: (650) 723 7902


**PRIMARY OFFICE:**           8987 E. Tanque Verde #309-387
                              Tucson, AZ 85749
                              Phone: (520) 749 1844
                              Cell: (650) 996 4429
                              Fax: (520) 749 3438

**EDUCATION:**
1963:                         B.S. Stanford University, Major: Statistics
1967:                         Ph.D. Johns Hopkins University, Statistics


**ACADEMIC APPOINTMENTS:**

1967 - 1968       Research Fellow, Biomathematics Department, Cornell University Medical School, New York, New York.

1967-1969         Research Associate, Sloan-Kettering Institute for Cancer Research, New York, New York.

1969-1970         Assistant Professor, Biomathematics Department, Cornell University Medical School, New York, NY
                  Associate, Sloan-Kettering Institute for Cancer Research, New York, New York.

1970 - 1972       Assistant Professor of Mathematics, California State University, Sonoma, Cotati, California.

1984 - 1985       Statistician II. Division of Immunology, Department of Medicine, Stanford University, Stanford, California. Head Biostatistician for

1

|  | Arthritis, Rheumatism, and Aging Medical Information Systems (ARAMIS) and for Stanford Arthritis Center (SAC). |
|---|---|
| 1985 - 1986 | Statistician III, Division of Immunology, Department of Medicine, Stanford University School of Medicine, Stanford, CA |
| 1986 - 1993 | Senior Research Scholar, Department of Medicine, Stanford University School of Medicine, Stanford, California. |
| 1993 - 1995 | Acting Associate Professor, Department of Medicine and Department of Health Research and Policy, Stanford University School of Medicine, Stanford, California. |
| 1995 – Sept. 2001 | Associate Professor of Health Research and Policy, Division of Biostatistics, Stanford University School of Medicine, Stanford, California. |
| Sept. 2001 – present | Professor of Health Research and Policy, Division of Biostatistics, Stanford University, Stanford, California. Active Emeritus since February, 2007. |

## PROFESSIONAL APPOINTMENTS AND ACTIVITIES

1. Research and Teaching Assistant, Statistics Department, Johns Hopkins University, Baltimore, Maryland, 1963 – 1967.

2. Statistical Consultant, Stanford Linear Accelerator Center, Stanford, California, 1967.

3. Owner, Daniel A. Bloch, dba Land House Construction, General Contractor "B", License No. 292149, 1972-1984.

4. Member, Human Rights Committee, VA Cooperative Studies Center, 1986-1990.

5. Head biostatistician for AIDS Time-Oriented Health Outcome Study (ATHOS), 1989-1995.

6. Head biostatistician for the Stanford Arthritis Center (SAC), 1985-1996.

7. Head biostatistician for Arthritis, Rheumatism, and Aging Medical Information Systems (ARAMIS) and for Stanford Arthritis Center (SAC), 1985-2000.

8. Consultant on an ad hoc basis to pharmaceutical and biotechnical firms, including Merck-Serono, Novartis, Sorin Biomedical, NeuroPace, Veryan Medical, Arthrocare, Novate Medical, Intuitive Surgical, NeoTract, Procter and Gamble, Accuray, and others, 1987-present.

9. Consultant to the VA Cooperative Studies Coordinating Center, 1990-2007.

10. Member, Steering Committee, California Society of Addiction Medicine, 1990-1993.

2

11. Special government employee: consultant to FDA (including FDA statistical advisors panel), 1995-2006.

12. Member, Database Advisory Steering Panel, National Multiple Sclerosis Society, 1997-2003.

13. Member, Editorial Board for "Osteoarthritis and Cartilage", 1998-2008.

14. Member, VA Combined Monitoring Board, 2002-2005.

15. Member, Editorial Board for "Journal of Endovascular Therapy," 2001-present.

16. Member, numerous DSMBs for private industry and NIH grants, 1993-present.

**SCHOLARLY PUBLICATIONS:**

**1. Peer Reviewed Journal Articles**

1. **Bloch DA**. "A note on the estimation of the location parameter of Cauchy distribution." *J Am Stat Assoc*, 1966; **61**: 852-855.

2. **Bloch DA**, Watson GS. "A Bayesian study of the multinomial distribution." *Ann Math Stat*, 1967; **38**: 1423-1435.

3. **Bloch DA**, Gastwirth JL. "On a simple estimate of the reciprocal of the density function." *Ann Math Stat*, 1968; **39**: 1083-1085.

4. Wynder EL, Dodo H, **Bloch DA**, Gantt R, Moore O. "An epidemiological investigation of multiple primary cancers of the upper alimentary and respiratory tracts, I: a retrospective study." *Cancer*, 1969; 730-739.

5. Lincoff H, O'Conner P, **Bloch DA**, Nadel A, Kressig I, Grinberg M. "The cryosurgical adhesion, II." *Am Acad Opthalmol*, 1970; 98-107.

6. **Bloch DA**, O'Conner P, Lincoff H. "The mechanism of the cryosurgical adhesion III: statistical analysis." *Am J Opthalmol*, 1971; **71(3)**: 666-673.

7. Fries J, **Bloch DA**, Spitz P. "Cancer in rheumatoid arthritis: a prospective long-term study of mortality." *Am J Med*, 1985; **78**: 56-59.

8. Fries J, **Bloch DA**, Sharp J, McShane D, Patricia S, Gilbert B, Forrester D, Genant H, Gofton P, Richman S, Weissman B, Wolfe F. "Assessment of radiological progression in rheumatoid arthritis: a randomized controlled trial." *Arthritis Rheum*, 1986; **29(1)**: 1-9

9. Sherrer Y, **Bloch DA**, Mitchell D, Young D, Fries J. "The development of disability in rheumatoid arthritis." *Arthritis Rheum*, 1986; **29(4)**: 494-500.

10. Mitchell D, Spitz P, Young D, **Bloch DA**, McShane DJ, Fries JF. "Survival, prognosis, and cause of death in rheumatoid arthritis." *Arthritis Rheum*, 1986; **29**: 706-714.

3

11. Lane N, **Bloch DA**, Jones H, Marshall W, Wood PD, Fries JF. "Long-distance running, bone density, and osteoarthritis." *J Am Med Assoc*, 1986; **255(9)**: 1147-1151.

12. Fries J, Spitz P, Mitchell D, Roth S, Wolfe F, **Bloch DA** "Impact of specific therapy upon rheumatoid arthritis." *Arthritis Rheum*, 1986; **29(5)**: 620-627.

13. **Bloch DA** "Sample size requirements and the cost of a randomized clinical trial with repeated measurements." *Stat Med*, 1986; **5(6)**: 663-667.

14. Altman R, Asch E, **Bloch DA**, Bole G, Borenstein D, Brandt K, Christy W, Cooke TD Greenwald R, Hochberg M, Howell D, Kaplan D, Koopman W, Longley S, Mankin D, McShane DJ, Medsger T, Meenan R, Mikkelsen W, Moskowitz R, Murphy W, Rothschild B, Segal M, Sokoloff L, Wolfe R. "Development of criteria for the classification and reporting of osteoarthritis; classification of osteoarthritis of the knee." *Arthritis Rheum*, 1986; **29(8)**: 1039-1049.

15. Sherrer Y, **Bloch DA**, Strober S, Fries J. "Comparative toxicity of total lymphoid irradiation and immunosuppressive drug treated patients with intractable rheumatoid arthritis." *J Rheumatol*, 1987; **14(1)**: 46-51.

16. Lane N, **Bloch DA**, Wood PD, Fries JF. "Aging, long-distance running, and the development of musculoskeletal disability." *Am J Med*, 1987; **82**: 772-780.

17. Sherrer YS, **Bloch DA**, Mitchell DM, Roth SH, Wolfe F, Fries JF. "Disability in rheumatoid arthritis: comparison of prognostic factors across three populations." *J Rheumatol*, 1987; **14(4)**: 705-709.

18. Altman R, **Bloch DA**, Bole G, Brandt K, Cooke D, Greenwald R, Hochberg M, Howell D, Kaplan D,  Koopman W, McShane DJ, Mankin H, Medsger T, Meenan R, Mikkelsen W, Moskowitz R, Murphy W, Sokoloff L. "Development of clinical criteria for osteoarthritis." *J Rheumatol*, 1987; **14**: 3-6.

19. Altman R, Fries J, **Bloch DA**, Carstens J, Cooke T, Genant H, Gofton P, Groth H, McShane D, Murphy W, Sharp J, Spitz P, Williams C, Wolfe F. "Radiographic assessment of progression in osteoarthritis." *Arthritis Rheum*, 1987; **30(11)**: 1214-1224.

20. **Bloch DA**, Moses LE. "Non-optimally weighted least squares." *Am Statistician*, 1988; **42(1)**: 50-53.

21. Fries JF, **Bloch DA**, Segal MR, Spitz PW, Williams C, Lane N. "Post-marketing surveillance in rhuematology: analysis of purpura and upper abdominal pain." *J Rheumatol*, 1988; **15(2)**: 348-355.

22. Arnett F, Edworthy S, **Bloch DA**, McShane D, Fries J, Cooper N, Healey L, Kaplan S, Liang M, Luthra H, Medsger T, Mitchell D, Neustadt D, Pinals R, Schaller J, Sharp J, Wilder R, Hunder G. "The American Rheumatism Association 1987 revised criteria for the classification of rheumatoid arthritis." *Arthritis Rheum*, 1988; **31(3)**: 315-324.

23. Jariwalla, Sabin R, Lawson S, **Bloch DA**, Prender M, Andrews V, Herman Z. "Effects of dietary phytic acid (phytate) on the incidence of growth rate of tumors promoted in Fisher rats by a magnesium supplement." *Nutr Res*, 1988; **8**: 813-827.

4

24. Kraemer H, **Bloch DA** "Kappa coefficients in epidemiology: an appraisal of a reappraisal." *J Clin Epidemiol*, 1988; **41(10)**: 959-968.

25. Edworthy S, Zatarain E, McShane D, **Bloch DA**. "Analysis of the 1982 ARA lupus criteria data set by recursive partitioning methodology: new insights into the relative merit of individual criteria." *J Rheumatol*, 1988; **15(10)**: 1493 – 1498.

26. Fries J, Miller S, Spitz P, Williams C, Hubert H, **Bloch DA** "Toward an epidemiology of gastropathy associated with non-steroidal anti-inflammatory drug (NSAID) use." *Gastroenterology*, 1989; 96: 647-655.

27. Edworthy S, **Bloch DA**, McShane D, Segal M, Fries J. "A state model of renal function in SLE: its value in the prediction of outcome in 292 subjects." *J Rheumatol*, 1989; **16(1)**: 29-35.

28. Fries JF, Singh G, **Bloch DA**, Colin A. "The natural history of ankylosing spondylitis: is the disease really changing?" *J Rheumatol*, 1989; 16: 860-863

29. Schurman DJ, **Bloch DA**, Segal M, Tanner C. "Conventional cemented total hip arthroplasty: assessment of clinical factors associated with revision for mechanical failure." *Clin Orthop*, 1989; **240**: 173-180.

30. **Bloch DA**, Kraemer H. "2x2 kappa coefficients: measures of agreement or association." *Biometrics*, 1989; **45(1)**: 269-287.

31. Segal M, **Bloch DA** "A comparison of estimated proportional hazards models and regression trees." *Stat Med*, 1989; **8(5)**: 539-550.

32. Lane N, **Bloch DA**, Jones H, Simpson V, Fries J. "Osteoarthritis in the hand: a comparison of handedness and hand use." *J Rheumatol*, 1989; **16(5)**: 637-642.

33. Wysenbeek A, **Bloch DA**, Fries J. "Prevalence and expression of photosensitivity in systemic lupus erythematosus." *Ann Rheum Dis*, 1989; 48: 461-463.

34. **Bloch DA**, Segal M. "Empirical comparison of approaches to forming strata: using classification trees to adjust for covariates." *J Am Stat Assoc*, 1989; **84(408)**: 897-905.

35. Lyon M, **Bloch DA**, Hollack B, Fries J. "Predisposing factors in polymyositis-dermatomyositis: results of a nation-wide survey." *J Rheumatol*, 1989; **16(9)**: 1218-1224.

36. Michel B, **Bloch DA**, Fries J. "Weight-bearing exercise, over exercise and lumbar bone density over age 50 years." *Arch Intern Med*, 1989; 149: 2325-2329.

37. Kraemer H, **Bloch DA** "A note on case-control sampling to estimate kappa coefficients." *Biometrics*, 1990; **46(1)**: 49-59.

38. Fries JF, Spitz PW, Williams CA, **Bloch DA**, Singh G, Hurbert HB. "A toxicity index for comparison of side effects among different drugs." *Arthritis Rheum*, 1990; **33(1)**: 121-130.

5

39. Fries JF, Miller SR, Spitz PW, Williams CA, Hubert HB, **Bloch DA**.  "Identification of patients at risk for gastropathy associated with NSAID use." *J Rheumatol*, 1990; **17(20)**: 12-19.

40. Lane N, **Bloch DA**, Hubert H, Jones H, Simpson U, Fries JF.  "Running, osteoarthritis, and bone density:  initial two-year longitudinal study."" *Am J Med*, 1990; **88**: 452-459.

41. Maloney W, Schurman D, Hangen D, Goodman S, Edworthy S, **Bloch DA** "The influence of continuous passive motion in total knee arthroplasty." *Clin Orthop*, 1990; **256**: 162-168.

42. Michel B, Lane N, Jones H, Fries J, **Bloch DA** "Plain radiographs can be useful in estimating lumbar bone density." *J Rheumatol*, 1990; **17**: 528-531.

43. **Bloch DA**, Moses LE, Michel BA. "Statistical approaches to classification: methods for developing classification and other criteria rules." *Arthritis Rheum*, 1990; **33(8)**: 1137-1144.

44. Arend WP, Michel BA, **Bloch DA**, Hunder G, Calabrese LH, Edworthy SM, Fauci AS, Leavitt RY, Lie JT, Lightfoot RW, Masi AT, McShane DJ, Mills JA, Stevens MB, Wallace SL, Zvaifler NJ.  "The American College of Rheumatology 1990 criteria for the classification of Takayasu arteritis." *Arthritis Rheum*, 1990; **33(8)**: 1129-1134.

45. **Bloch DA**, Michel BA, Hunder GG, McShane D, Arend WP, Calabrese LH, Edworthy SM, Fauci AS, Fries JF, Leavitt RY, Lie JT, Lightfoot RW, Masi AT, Mills JA, Stevens MB, Wallace SL, Zvaifler NJ.   "The American College of Rheumatology 1990 classification of vasculitis:  patients and methods." *Arthritis Rheum*, 1990; **33(8)**: 1068-1073.

46. Calabrese LH, Michel BA, **Bloch DA**, Arend W, Edworthy SM, Fauci AS, Fries JF, Hunder GG, Leavitt RY, Lie JT, Lightfoot RW, Masi AT, McShane DJ, Mills JA, Stevens MB, Wallace SL, Zvaifler NJ. "The American College of Rheumatology 1990 criteria for the classification of hypersensitivity vasculitis."  *Arthritis Rheum*, 1990; **33(8)**: 1108- 1113.

47. Hunder GG, Arend WP, **Bloch DA**, Calebrese LH, Fauci AS, Fries JF, Leavitt RY, Lie JT, Lightfoot RW, Masi AT, McShane DJ, Michel BA, Mills JA, Stevens MB, Wallace SL, Zvaifler NJ.  "The American College of Rheumatology 1990 criteria for the classification of vasculitis:  introduction." *Arthritis Rheum*, 1990; **33(8)**: 1065-1067.

48. Hunder GG, **Bloch DA**, Michel BA, Stevens MB, Arend WP, Calabrese LH, Edworthy SM, Fauci AS, Leavitt RY, Lie JT, Lightfoot RW, Masi AT, McShane DJ, Mills JA, Wallace SL, Zvaifler NJ. "The American College of Rheumatology 1990 criteria for the classification of giant cell arteritis." *Arthritis Rheum*, 1990; **33(8)**: 1122—1128.

49. Leavitt RY, Fauci AS, **Bloch DA**, Michel BA, Hunder GG, Arend WP, Calabrese LH, Fries JF, Lie JT, Lightfoot RW, Masi AT, McShane DJ, Mills JA, Stevens MB, Wallace SL, Zvaifler NJ.   "The American College of Rheumatology 1990 criteria for the classification of Wegener's Granulomatosis." *Arthritis Rheum*, 1990; **33(8)**: 1101-1107.

6

50. Lie JT, and Members and Consultants of the American College of Rheumatology Subcommittee on Classification of Vasculitis. "Illustrated histopathologic classification criteria for selected vasculitis syndromes." *Arthritis Rheum*, 1990; **33(8)**: 1074-1087.

51. Lightfoot RW, Michel BA, **Bloch DA**, Hunder G, Zvaifler NJ, McShane DJ, Arend WP, Calabrese LH, Leavitt RY, Lie JT, Masi AT, Mills JA, Stevens MB, Wallace SL. "The American College of Rheumatology 1990 criteria for the classification of polyarteritis nodosa." *Arthritis Rheum*, 1990; **33(8)**: 1088-1093.

52. Masi AT, Hunder GG, Lie JT, Michel BA, **Bloch DA**, Arend WP, Calabrese LH, Edworthy SM, Fauci AS, Leavitt RY, Lightfoot RW, McShane DJ, Mills JA, Stevens MB, Wallace SL, Zvaifler NJ. "The American College of Rheumatology 1990 criteria for the classification of Churg-Strauss syndrome (allergic granulomatosis and angiitis)." *Arthritis Rheum*, 1990; **33(8)**: 1094-1100.

53. Mills JA, Michel BA, **Bloch DA**, Calebrese HL, Hunder GG, Arend WP, Edworthy SM, Fauci AS, Leavitt RY, Lie JT, Lightfoot RW, Masi AT, McShane DJ, Stevens MB, Wallace SL, Zvaifler NJ. "The American College of Rheumatology 1990 criteria for the classification of Henoch-Schonlein purpura." *Arthritis Rheum*, 1990; **33(8)**: 1114-1121.

54. Fries JF, Hunder GG, **Bloch DA**, Michel B, Arend WP, Calabrese LH, Fauci AS, Leavitt RY, Lie JT, Lightfoot RW, Masi AT, McShane DJ, Mills JA, Stevens MB, Wallace SL, Zvaifler NJ. "The American College of Rheumatology 1990 criteria for the classification of vasculitis:  summary." *Arthritis Rheum*, 1990; **33(8)**: 1135-1136.

55. Altman R, Alarcon G, Appelrouth D, **Bloch DA**, Borenstein D, Brandt K, Brown C, Cooke TD, Daniel W, Gray R, Greenwald R, Hochberg M, Howell D, Ike R, Kapila P, Kaplan D, Koopman W, Longley S, McShane DJ, Medsger T, Michel B, Murphy W, Osial T, Ramsey-Goldman R, Rothschild B, Stark K, Wolfe F. "The American College of Rheumatology criteria for classification and reporting of osteoarthritis of the hand." *Arthritis Rheum*, 1990; **33(11)**: 1601-1610.

56. Singh G, Fries JF, Williams CA, Zatarain E, Spitz P, **Bloch DA**.. "Toxicity profiles of disease modifying antirheumatic drugs in rheumatoid arthritis." *J Rheumatol*, 1991; **18(2)**: 188-194.

57. Wachter R, Russi M, **Bloch DA**, Hopewell P, Luce J. "Pneumocystis carinii pneumonia and respiratory failure in AIDS: improved outcomes and increased use of intensive care units."' *Am Rev Respir Dis*, 1991; **143**: 251-256.

58. Altman R, Medsger T, **Bloch DA**, Michel B.  "Predictors of survival in systemic sclerosis (scleroderma)." *Arthritis Rheum*, 1991; **34(4)**: 403-413.

59. Altman R, Alarcon G, Appelrouth D, **Bloch DA**, Borenstein D, Brandt K, Brown C, Cooke TD, Daniel W, Feldman D, Greenwald R, Hochberg M, Howell D, Ike R, Kapila P, Kaplan D, Koopman W, Marino C, McDonald E, McShane DJ, Medsger T, Michel B, Murphy WA, Osial T, Ramsey-Goldman R, Rothschild B, Wolfe F. "The American College of Rheumatology criteria for classification and reporting of osteoarthritis of the hip." *Arthritis Rheum*, 1991; **34(5)**: 505-514.

60. Michel B, **Bloch DA**, Fries J. "Predictors of fractures in early rheumatoid arthritis." *J Rheumatol*, 1991; **18(6)**: 804-808.

61. Sharp J, Wolfe F, Mitchell D, **Bloch DA**. "The progression of erosion and joint space narrowing scores in RA during the first twenty-five years of disease." *Arthritis Rheum*, 1991; **34(6)**: 660-668.

62. Fries JF, Spitz PW, **Bloch DA**, Williams CA. "Factors in the duration and discontinuation of treatment with non steroidal anti-inflammatory medications." *Clin Ther*, 1991; **13(A)**: 51-62.

63. Fries JF, Williams CA, **Bloch DA**, Michel BA. "NSAID-associated gastropathy: incidence and risk factor models." *Am J Med*, 1991; **91(3)**: 213-222.

64. Fries JF, Williams CA, **Bloch DA**. "The relative toxicity of non-steroidal anti-inflammatory drugs." *Arthritis Rheum*, 1991; **34(11)**: 1353-1360.

65. Redelmeier D, **Bloch DA**, Hickam D. "Assessing predictive accuracy: how to compare Brier scores." *J Clin Epidemiol*, 1991; **44(11)**: 1141-1146.

66. Michel B, **Bloch DA**, Lane N, Fries J. "Effect of changes in weight-bearing exercise on lumbar bone mass after age fifty", *Ann Med*, 1991; **23**: 397-401.

67. Michel B, **Bloch DA**, Fries J. "Physical activity and fractures after age 50." *Int Orthop*, 1992; **16**: 87-91.

68. Michel BA, Hunder GG, **Bloch DA**, Calabrese LH. "Hypersensitivity vasculitis and Henoch-Schoenlein purpura: a comparison between the two disorders." *J Rheumatol*, 1992; **19(5)**: 721-728.

69. Callahan LF, **Bloch DA**, Pincus T. "Identification of work disability in rheumatoid arthritis: physical, radiographic and laboratory variables do not add explanatory power to demographic and functional variables." *J Clin Epidemiol*, 1992; **45(2)**: 127-138.

70. Michel BA, Lane NE, Bjorkengren A, **Bloch DA**, Fries JF. "Impact of running on lumbar bone density: A 5-year longitudinal study." *J Rheumatol*, 1992; **19(11)**: 1759-1763.

71. Michel B, Fries J, **Bloch DA**, Lane N, Jones H. "Osteophytosis of the knee: associations with changes in weight-bearing exercise." *Clin Rheumatol*, 1992; **11(2)**: 235-238.

72. Edworthy S, **Bloch DA**, Brant R, Fries J. "Detecting treatment effects in patients with rheumatoid arthritis: the advantages of longitudinal data." *J Rheumatol*, 1993; **20(1)**: 40-44.

73. Michel BA, Bjorkengren AG, Lambert E, Lane NE, Fries JF, **Bloch DA**. "Estimating lumbar bone mineral density from routine radiographs of the lumbar spine." *Clin Rheumatol*, 1993; **12(1)**: 49-52.

74. Hubert H, **Bloch DA**, Fries J. "Risk factors for physical disability in an aging cohort: the NHANES I epidemiologic followup study." *J Rheumatol*, 1993; **20(3)**: 480-488.

75. Lane N, Michel B, Bjorkengren A, Oehlert J, Shi H, **Bloch DA**, Fries J. "The risk of osteoarthritis with running and aging: a five year longitudinal study." *J Rheumatol*, 1993; **20(3)**: 461-468.

76. Fries J, Williams C, Ramey D, **Bloch DA**. "The relative toxicity of disease-modifying antirheumatic drugs." *Arthritis Rheum*, 1993; **36(3)**: 297-306.

77. Fries JF, **Bloch DA**, Harrington H, Richardson N, Beck R. "Two-year results of a randomized controlled trial of a health promotion program in a retiree population: The Bank of America study." *Am J Med*, 1993; **94(5)**: 455-462.

78. Belmonte MA, **Bloch DA**, Lane NE, Michel BE, Fries JF. "The relationship between spinal and peripheral osteoarthritis and bone density measurements." *J Rheumatol*, 1993; **20(9)**: 1005-1013.

79. Raynauld JP, **Bloch DA**, Fries JF. "Seasonal variation in the onset of Wegener's granulomatosis, polyarteritis nodosa and giant cell arteritis." *J Rheumatol*, 1993; **20(9)**: 1524-1526.

80. Bloch GJ, Butler PC, Kohlert J G, **Bloch DA**. "Microinjection of galanin into the medial preoptic nucleus facilitates copulatory behavior in the male rat." *Physiol Behav*, 1993; **54**: 615-624.

81. Astion ML, Wener MH, Thomas RG, Hunder GG, **Bloch DA**. "Over training in neural networks that interpret clinical data." *Clin Chem*, 1993; **39(9)**: 1998-2004.

82. Michel BA, **Bloch DA**, Wolfe F, Fries JF. "Fractures in rheumatoid arthritis: An evaluation of associated risk factors." *J Rheumatol*, 1993; **20(10)**: 1666-1669.

83. Clarke A, Esdaile J, **Bloch DA**, Lacaille D, Danoff D, Fries J.F. "A Canadian study of the total medical costs for patients with systemic lupus erythematosus and the predictors of costs." *Arthritis Rheum*, 1993; **36(11)**: 1548-1559.

84. Fries JF, Ramey DR, Singh G, Morfeld D, **Bloch DA**, Raynauld JP. "A re-evaluation of aspirin therapy in rheumatoid arthritis." *Arch Intern Med*, 1993; **153**: 2465-2471.

85. Fries JF, Williams CA, Ramey DR, **Bloch DA**. "The relative toxicity of alternative therapies for rheumatoid arthritis: implications for the therapeutic progression." *Semin Arthritis Rheum*, 1993; 23: 68-73.

86. Kitchell BE, Brown DM, Luck EE, Woods L, Orenberg EK, **Bloch DA**. "Intralesional therapeutic implant for the treatment of primary oral malignant melanoma in the dog." *J Am Vet Med Assoc*, 1994; **204(2)**: 229-236.

87. Lacaille D, Clarke AE, **Bloch DA**, Danoff D, Esdaile JM. "The impact of disease activity, treatment and disease severity on short-term costs of systemic lupus erythematosus." *J Rheumatol*, 1994; **21(3)**: 448- 453.

9

88. Wolfe F, Mitchell D, Sibley J, Fries J, **Bloch DA**, Williams C, Spitz P, Haga M, Kleinheksel S, Cathey M. "The mortality of rheumatoid arthritis." *Arthritis Rheum*, 1994; **37(4)**: 481-494.

89. Astion ML, Wener MH, Thomas RG, Hunder GG, **Bloch DA**. "Application of neural networks to the classification of giant cell arteritis." *Arthritis Rheum*, 1994; **37(5)**: 760-770.

90. Winograd CH, Lemsky CM, Nevitt MC, Nordstrom TM, Stewart AL, Miller CJ, **Bloch DA**. "Development of a physical performance and mobility examination." *J Am Geriatr Soc*, 1994; **42(7)**: 743- 749.

91. Clarke AE, **Bloch DA**, Esdaile JM. "Decreasing costs and improving outcomes in SLE: Using regression trees to develop health policy." *J Rheumatol*, 1994; **21(12)**: 2246-2253.

92. Ward MM, Hubert HB, Shi H, **Bloch DA**, "Physical disability in older runners: prevalence, risk factors, and progression with age." *J Gerontol: Med Sci*; 1995; **50A(2)**: M70-M77.

93. Hornberger JC, Habraken H, **Bloch DA**. "Minimum data needed on patient preferences for accurate, efficient medical decision making." *Med Care*, 1995; **33(3)**: 297-310.

94. Tubert-Bitter P, **Bloch DA**, Raynauld JP. "Comparing the bivariate effects of toxicity and efficacy of treatments." *Stat Med*, 1995; **14**: 1129-1141.

95. Rubin GD, Alfrey EJ, Dake MD, Semba CP, Sommer FG, Kuo PC, Dafoe DC, Waskerwitz JA, **Bloch DA**, Jeffrey RB. "Assessment of living renal donors with spiral CT." *Radiology*, 1995; **195(2)**: 457-462.

96. Poole JL, Williams CA, **Bloch DA**, Hollak B, Spitz P. "Concurrent validity of the health assessment questionnaire disability index in seleroderma." *Arthritis Care Res*, 1995; **8(3)**: 189-193.

97. Singer AH, Tsao PS, Wang BY, **Bloch DA**, Cooke JP. "Discordant effects of dietary L-arginine on vascular structure and reactivity in hypercholesterolemic rabbits." *J Cardiovasc Pharmocol*, 1995; **25(5)**: 710-716.

98. Clarke AE, **Bloch DA**, Medsger TA, Oddis CV. "A longitudinal study of functional disability in a national cohort of patients with polymyositis - dermatomyositis." *Arthritis Rheum*, 1995; **38(9)**: 1218-1224

99. Matteson EL, Gold KN, **Bloch DA**, Hunder GG. "Long term survival of patients with giant cell arteritis from the American College of Rheumatology giant cell arteritis classification criteria cohort." *Am J Med*, 1996; **100**: 193-196.

100.     Williams CA, **Bloch DA**, Sibley J, Haga M, Wolfe F, Reynauld JP, Singh G, Hickey AR, Fries JF. "Lymphoma and Leukemia in rheumatoid arthritis: are they associated with azathioprine, cyclophosphamide, or methotrexate?: A matched case - control study in the ARAMIS population." *J Clin Rheumatol*, 1996; **2(2)**: 64-72.

101.    Terr LC, **Bloch DA**, Michel BA, Shi H, Reinhardt JA, Metayer S. "Children's memories in the wake of Challenger." *Am J Psychiatry*, 1996; **153(5)**: 618-625.

102. Terr AI, **Bloch D A**, "Trends in asthma therapy in the United States: 1965-1992." *Ann Allergy Asthma Immunol*, 1996; **76**: 273-281.

103. Hornberger JC, Gibson CD, Wood W, Dequeldre C, Corso I, Palla B, **Bloch DA**. "Eliminating language barriers for non-English-speaking patients: a randomized control trial." *Med Care*, 1996; **34(8)**: 845-856.

104. James KE, **Bloch DA**, Lee KK, Kraemer HC, Fuller RF. "An index for assessing blindness in a multicenter clinical trial: disulfiram for alcohol cessation." *Stat Med*, 1996; **15(13)**: 1421-1434.

105. Gironimi G, Clarke AE, Hamilton VH, Danoff DS, **Bloch DA**, Fries JF, Esdaile JM. "Why health care costs more in the U.S.: comparing health care expenditures between SLE patients at Stanford and Montreal." *Arthritis Rheuma*tol, 1996; **39(6)**: 979-987.

106. Matteson EL, Gold KN, **Bloch DA**, Hunder GG. "Long term survival of patients with Wegener's granulomatosis from the American College of Rheumatology Wegener's granulomatosis classification criteria cohort." *Am J Med*, 1996; **101**: 129-134.

107. Satish S, Winograd CH, Chavez C, **Bloch DA**. "Geriatric targeting criteria as predictors of survival and health care utilization." *J Am Geriatr Soc*, 1996; **44**: 914-921.

108. Bonello RS, Marcus R, **Bloch DA**, Strober S. "Effects of growth hormone and estrogen on T lymphocytes in older women." *J Am Geriatr Soc*, 1996; **44**: 1038-1042.

109. Sevin BU, Nadji M, Lu Y, **Bloch DA**, Koechli OR, Averette HA. "Surgically defined prognostic parameters in patients with early cervical carcinoma: a multivatiate survival tree analysis." *Cancer*, 1996; **78**: 1438-1446.

110. Rubin GD, Lane ML, **Bloch DA**, Leung AN, Stark P. "Optimization of thoracic spiral CT: effects of iodinated contrast medium concentration." *Radiology*, 1996; **201**: 785-791.

111. Altman RD, Brandt K, Hochberg MC, Moskowitz R, Bellamy N, **Bloch DA**, et al. "Design and conduct of clinical trials in patients with osteoarthritis: recommendations from a task force of the Osteoarthritis Research Society." *Osteoarthritis Cartilage*, 1996; 4: 217-243.

112. **Bloch DA**, Silverman BW. "Monotone discriminant functions and their applications in rheumatology." *J Am Stat Assoc*, 1997; **92**: 144-153.

113. **Bloch DA**. "Comparing two diagnostic tests against the same "gold standard" in the same sample." *Biometrics*, 1997; **53**: 73-85.

114. Vosti KL, **Bloch DA**, Jacobs CD. "The relationship of clinical knowledge to months of clinical training among medical students." *Acad Med*, 1997; **72**: 305-307.

11

115. Carmeci C, DeConinck EC, Lawton T, **Bloch DA**, Weigel RJ. "Analysis of estrogen receptor messenger RNA in breast carcinomas from archival specimens is predictive of tumor biology." *Am J Pathol*, 1997; **150**: 1563-1570.

116. Winograd CH, Lindenberger EC, Chavez CM, Mauricio MP, Shi H, **Bloch DA**. "Identifying hospitalized older patients at varying risk for physical performance decline: a new approach." *J Am Geriatr Soc*, 1997; **45**: 604-609.

117. Terr LC, **Bloch DA**, Michel BA, Shi H, Reinhardt JA, Metayer S. "Children's thinking in the wake of Challenger." *Am J Psychiatry*, 1997; **154(6)**: 744-751.

118. Nelson LM, **Bloch DA**, Longstreth WT, Shi H. "Recursive partitioning for the identification of disease risk subgroups: a case - control study of subarachnoid hemorrhage." *J Clin Epidemiol*, 1998; **51(3)**: 199-209.

119. Hirsch R, Fernandes RJ, Pillemer SR, Hochberg MC, Lane NE, Altman RD, **Bloch DA**, Knowler WC, Bennet PH. "Hip osteoarthritis prevalence estimates by three radiographic scoring systems." *Arthritis Rheum*, 1998; **41(2)**: 361-368.

120. Lane NE, Oehlert JW, **Bloch DA**, Fries JF. "The relationship of running with osteoarthritis of the knee and hip and bone mineral density of the lumbar spine: a nine year longitudinal study." *J Rheum*, 1998; **25(2)**: 334-341.

121. Inserra MM, **Bloch DA**, Terris DJ. "Functional indices for sciatic, peroneal and posterior tibial nerve lesions in the mouse." *Microsurgery*, 1998; **18**: 119-124.

122. Hsieh FY, **Bloch DA**, Larsen MD. "A simple method of sample size calculation for linear and logistic regression." *Stat Med*, 1998; **17**: 1623-1634.

123. Hirsch R, Lin J-P, Scott WW, Ma LD, Pillemer SR, Kastner DL, Jacobsson LTH, **Bloch DA**, Knowler WC, Bennet PH, Bale SJ. "Rheumatoid arthritis in the Pima indians: the intersection of epidemiologic, demographic and genealogic data." *Arthritis Rheum*, 1998; **41(8)**: 1464-1469.

124. Wolff DR, Rose J, Jones VK, **Bloch DA**, Oehlert JW, Gamble JG. "Postural balance measurements for children and adolescents." *J Orthop Res*, 1998; **16**:271-275.

125. Schurman DJ, Matityahu A, Goodman SB, Maloney W, Woolson S, Shi H, **Bloch DA**. "Prediction of post-operative knee flexion in Insall-Burstein-11 total knee arthoplasty." *Clin Orthop*, 1998; **353**: 175-184.

126. Hayamizu K, Zeng D, Huie P, Garcia-Ojeda ME, **Bloch DA**, Fong L, Engeleman EG, Sibley RK, Strober S. "Donor blood monocytes but not T or B cells facilitate long-term allograft survival after total lymphoid irradiation." *Transplantation*, 1998; **66(5)**: 585-593.

127. Gabalski EC, Adam M, Pinto H, Brown JM, **Bloch DA**, Terris DJ. "Pretreatment and mid-treatment measurements of oxygen tension levels in head and neck cancers." *Laryngoscope*, 1998; **108**: 1856- 1860.

128. Adam MF, Gabalski EC, **Bloch DA**, Oehlert JW, Brown JM, Elsaid AA, Pinto HA, Terris DJ. "Tissue oxygen distribution in head and neck cancer patients." *Head Neck*, 1999; **21**: 146-153.

129. Calkins H, Yong P, Miller JM, Olshansky B, Carlson M, Saul JP, Shoei K, Huang S, Liem LB, Klein LS, Moser SA, **Bloch DA**, Gillette P, Prystowsky E. "Catheter ablation of accessory pathways, atrioventricular nodal reentrant tachycardia, and the atrioventricular junction: final results of a prospective multi-center clinical trial." *Circulation*, 1999; **99**: 262-270.

130. Thom DH, **Bloch DA**, Segal ES. "An intervention to increase patients' trust in their physicians, Stanford Trust Study Group." *J Acad Med*, 1999; **74(2)**: 195-198.

131. Rosen A, Gamble JG, Vallier H, **Bloch DA**, Smith L, Rinsky LA. "Analysis of radiographic measurement as prognostic indicators of treatment success in patients with developmental dysplasia of the hip." *J Pediatr Orthop B*, 1999; 8: 118-121.

132. Hornberger J, **Bloch DA**, Hlatky M, Baumgartner W. "Patient preferences in coronary revascularization." *Am Heart J*, 1999; **137**: 1153-1162.

133. Lavori PW, **Bloch DA**, Bridge PT, Leiderman DB, LoCastro JS, Somoza E. "Plans, designs and analyses for clinical trials of anti-cocaine medications: where we are today." *J Clin Psychopharmacol*, 1999; **19(3)**: 246-256.

134. Fischer D, Stewart AL, **Bloch DA**, Lorig K, Laurent D, Holman H. "Capturing the patient's view of change as a clinical outcome measure." *JAMA*, 1999; **282(12)**: 1157-1162.

135. Terr LC, **Bloch DA**, Michel BA, Shi H, Reinhardt JA, Matayer S. " Children's symptoms in the wake of Challenger: a field study of distant-tramatic effects and an outline of related conditions." *Am J Psychiatry*, 1999; **156**: 1536-1544.

136. Schwartz AV, Villa ML, Prill M, Kelsey JA, Galinus JA, Delay RR, Nevitt MC, **Bloch DA**, Marcus R, Kelsey JL. "Falls in older Mexican-American women." *J Am Geriatr Soc*, 1999; **47**: 1371-1378.

137. Dorie MJ, Kovacs MS, Gabalski EC, Adam M, Le QT, **Bloch DA**, Pinto HA, Terris DJ, Brown MJ. "DNA damage by the comet assay in head and neck cancer patients treated with tirapazamine." *Neoplasia*, 1999; **1(5)**: 461-467.

138. Altman RD, **Bloch DA**, Hochberg MC, Murphy WA. "Prevalence of pelvic Paget's disease of bone in the United States." *J Bone Miner Res*, 2000; **15**: 461-465.

139. Chitkara U, Lee L, El-Sayed Y, Holbrook RH, **Bloch DA**, Oehlert JW, Druzin ML. "Ultrasonographic ear length measurement in normal second - and third - trimester fetuses." *Am J Obstet Gynecol*, 2000; **183**: 230-234.

140. Mills KM, Kheifets LI, Nelson LM, **Bloch DA**, Takemoto-Hambleton R, Kelsey JL. "Reliability of proxy-reported and self-reported household appliance use." *Epidemiology*, 2000; **11**: 581-588.

141. Dougados M, LeClaire P, Van Der Heijde D, **Bloch DA**, Bellamy N, Altman RD. "Response criteria for clinical trials on osteoarthritis of the knee and hip: A report of the Osteoarthritis Research Society International Standing Committee for clinical trials response criteria initiative." *Osteoarthritis Cartilage*, 2000; **8(6)**: 395-403.

142. Zarins CZ, White RA, Moll F, Crabtree T, **Bloch DA**, Hodgson KJ, Fillinger M, Fogarty TJ. "The Aneurx stent graft: four year results and worldwide experience 2000." *J Vasc Surg*, 2001; **33**: S135-S145.

143. Ritter PL, Stewart AL, Kaymaz H, Sobel DS, **Bloch DA**, Lorig KR. "Self-reports of health care utilization compared to provider records." *J Clin Epidemiol*, 2001; **54**: 136-141.

144. Barnett PG, Rodgers JH, **Bloch DA**. "A meta-analysis comparing buprenorphine to methadone for treatment of opiate dependence." *Addiction*, 2001; **96**: 683-690.

145. Robinson TE, Leung AN, Northway WH, Blankenberg FG, **Bloch DA**, Oehlert JW, Al-Dabbagh H, Hubli S, Moss RB. "Spirometer-triggered high-resolution CT and pulmonary function measurements during an acute exacerbation in patients with cystic fibrosis." *J Pediatr*, 2001; **138(4)**: 553-559.

146. Edson R, Lavori P, **Bloch DA**, Tracy K, Adler LA, Rotrosen J. "Interrater reliability of the abnormal involuntary movements scale (AIMS) in a multi-center trial: results from Department of Veterans Affairs cooperative study #394." *Int J Meth Psych Res*, 2001; **9(4)**: 157-164.

147. Nelson LM, Prill MM, Kelsey JL, Mills KM, **Bloch DA**, Kheifts LI, "Reliability of proxy-reported and self-reported occupational history: Implications for association studies of electric and magnetic field exposure and chronic disease." *J Clin Epidemiol*, 2001; **96**: 683-690.

148. **Bloch DA**, Lai TL, Tubert-Bitter P. "One-sided tests in clinical trials with multiple endpoints." *Biometrics*, 2001; **57**: 1039-1047.

149. Chitkara U, Lee L, Oehlert JW, **Bloch DA**, Holbrook RH, El-Sayed Y, Druzin ML. "Fetal ear length measurement: a useful predictor of aneuploidy?" *Ultrasound Obstat Gynecol*, 2002; **19**: 131-135.

150. Genovese MC, Uhrin Z, **Bloch DA**, Oehlert J, Sibley RK, Myers B, Strober S. "Long-term followup of patients treated with total lymphoid irradiation for lupus nephritis" *Arthritis Rheum*, 2002; **46(4)**: 1014-1018.

151. **Bloch DA**, Olshen RA, Walker MG. "Risk estimation for classification trees." *J Comput Graph Stat*, 2002; **11(2)**: 263-288.

152. Rose J, Wolff DR, Jones VK, **Bloch DA**, Oehlert JW, Gamble JG. "Postural balance in patients with cerebral palsy." *Dev Med Child Neurol*, 2002; **44**: 58-63.

153. Yorgin PD, Belson A, Sanchez J, Al Uzri AY, Sarwal M, **Bloch DA**, Oehlert J, Salvatierra O, Alexander SR. "Unexpectedly high prevalence of post-transplant anemia

in pediatric and young adult renal transplant recipients." *Am J Kidney Dis*, 2002; 40: 1306-1318.

154. Hubert HB, **Bloch DA**, Oehlert JW, Fries JF.  "Life-style habits and compression of morbidity." *J. Gerontol: Med Sci,* 2002; **57A (6):** m347-m351.

155. Silverberg GD, Levinthal E, Sullivan EV, **Bloch DA**, Chang SD, Leverentz J, Flitman S, Winn R, Marciano F, Saul T, Huhn S, Mayo M, McGuire D.  "Assessment of low-flow CSF drainage as a treatment for Alzheimer's disease: results of a randomized pilot study." *Neurology,* 2002; **59:** 1139-1145.

156. Tubert-Bitter P, **Bloch DA**, Lai TL.  "Comparison of treatments with multiple outcomes. Statistical methods for Quality of Life studies: Design, Measurements and Analysis." Kluwer Academic Publishers, 2002: 113-128.

157. Van Den Eden SK, Tanner CM, Bernstein AL, Fross RD, Leimpeter A, **Bloch DA**, Nelson LM.   "Incidence of Parkinson's disease: Variation by age, gender, and race/ethnicity." *Am J Epidemiol,* 2003; **157:** 1015-1022.

158. Reichert JA, **Bloch DA**, Cundiff E, Votteri BA. "Comparison of the Novasom QSG™, a new sleep apnea home-diagnostic system and polysomnography". *Sleep Med,* 2003; 4: 213-218.

159. Raynauld J-P, Kauffman C, Beaudoin G, Berthiaume M-J, Guise de J, **Bloch DA**, Comancho F, Godbout B, Altman R, Hochberg M, Meyer J, Pelletier J-P, Pelletier J-M.  "Reliability of a new quantification imaging system using magnetic resonance images to measure cartilage thickness and volume in human normal and osteoarthritic knees." *Osteoarthritis Cartilage,* 2003; **11(5):** 351-360.

160. Robinson TE, Leung AN, Northway WH, Blankenberg FG, Chan FP, **Bloch DA**, Holmes TH, Moss RB. "Composite spirometric-CT outcome measure in early cystic fibrosis (CF) lung disease." *Am J Respir Crit Care Med,* 2003; **168:** 588-593.

161. Zarins CK, **Bloch DA**, Crabtree T, Matsumoto AH, White RA, Fogerty TJ. "Stent graft migration following endovascular aneurysm repair: importance of proximal fixation." *J Vasc Surg,* 2003; **38(6):** 1264-1272.

162. Goodman S, Trihdade M, Ma T, Lee M, Wang N, Ikenou T, Matsuura I, Miyanishi K, Fox N, Regula D, Genovese M, Klein J, **Bloch DA**, Smith RL. "Modulation of bone in-growth and tissue differentiation by local infusion of IL-10 in the presence of UHMWPE wear particles." *J Biomed Mater Res,* 2003; **65A (1):** 43-50.

163. Le Q-T, Kovacs MS, Kovacs MS, Dorie MJ, Koong A, Terris DJ, Pinto HA, Goffinet DR, Nowels K, **Bloch DA**, Brown JM. "Comparison of the comet assay and the oxygen microelectrode for measuring tumor oxygenation in head and neck cancer patients." *Int J Radiat Oncol Biol Phys,* 2003; **56:** 375-383.

164. Zarins CK, **Bloch DA**, Crabtree T, Matsumoto AH, White RA, Fogarty TJ.  "Aneurysm enlargement following endovascular aneurysm repair: AneuRx Clinical Trial."  *J Vasc Surg,* 2004; 39: 109-117.

15

165. **Bloch DA**, Lai TL, Tubert-bitter P. A rejoinder to "A note on one-sided tests with multiple endpoints," by Perlman MD and Wu L. *Biometrics*, 2004; **60**: 279-280.

166. Altman RD, **Bloch DA**, Dougados M., Hochberg M., Lohmander S., Pavelka K., Spector T., Vignon E. " Measurement of progression of osteoarthritis of the hip: the Barcelona consensus group." *Osteoarthritis Cartilage*, 2004; **12**: 515-524.

167. Raynauld, J-P, Pelletier JM, Berthiaume MJ, Labonte F, Beaudoin G, Guise JA, **Bloch DA**, Choquette D, Haraoui B, Altman RD, Hochberg MC, Meyer JM, Cline GA, Pelletier J-P. "Quantitative magnetic imagining of knee osteoarthritis progression over two years and correlation with clinical symptoms and radiological changes." *Arthritis Rheum*, 2004; **50(2)**: 476-487.

168. Zarins CK, Arko FR, Crabtree T, **Bloch DA**, Ouriel K., Allen RC, White RA. "Explant analysis of AnauRx stent grafts-relationship between structural findings and clinical outcome." *J Vasc Surg*, 2004; **40(1)**: 1-11.

169. Tubert-Bitter P, **Bloch DA**, Letierce A, Kramer A. "Non-Parametric Comparison of the Effectiveness of Treatments: A multivariate Toxicity-Penalized Approach." *J Biopharm Stat*, 2005; **15(1)**: 129-142.

170. Bertiaume M-J, Raynauld J-P, Martel-Pelletier J., Labonte F., Beaudoin G., **Bloch DA**, Choquette D., Haraoui B., Altman RD, Hochberg M., Meyer JM, Cline GA, Pelletier J-P. "Meniscal tear and extrusion are strongly associated with the progression of symptomatic knee osteoarthritis as assessed by quantitative magnetic resonance imaging." *Ann Rheum Dis*, 2005; **64(4)**: 556-563.

171. Berger PS, Winhusen TM, Somoza EC, Harrer JM, Mezinskis JP, Leiderman DB, Montogmery AM, Goldsmith RJ, **Bloch DA**, Singal BM, and Elkashef A. " A Medication Screening Trial Evaluation of Reserpine, Gabapentin, and Lamotrigine Pharmacotherapy of Cocaine Dependence." *Addiction*, 2005; **100(S1)**: 58-67.

172. Ciraulo DA, Sarid-Segal O., Knapp CM, Ciraulo AM, Locastro J, and **Bloch DA**, Montgomery MA, Leiderman DB, and Elkashef A. "Efficacy Screening Trials of Paroxetine, Pentoxifylline, Riluzole, Pramipexole, and Venlafaxine in Cocaine Dependence." *Addiction*, 2005; **100(S1)**: 12-22.

173. Leiderman DB, Shoptaw S., Montgomery A., **Bloch DA**, Elkashef A., LoCastro J., and Vocci F. "Cocaine Rapid Efficacy Screening Trials (CREST): a Paradigm for the Controlled Evaluation of Candidate Medications for Cocaine Dependence." *Addiction*, 2005; **100(S1)**: 1-11.

174. Kampman KM, Leiderman D., Holmes T., LoCastro J., **Bloch DA**, Reid MS, Shoptaw S, Montgomery MA, Winhuser TM, Somoza EC, Ciraulo DA, Elkashef A., and Vocci F. "Cocaine Rapid Efficacy Screening Trials (CREST): Lessons Learned." *Addiction*, 2005; **100(S1)**: 102-110.

175. Elkashef A, Holmes TH, **Bloch DA**, Shoptaw S., Kampman K., Reid M., Samoza E., Ciraulo D., Rotrosen J., Leiderman D., Montgomery A., and Vocci F. " Retrospective

analysis of pooled data from CREST I and CREST II trials for treatment of cocaine dependence." *Addiction,* 2005; **100(S1):** 91-101.

176. Winhusen TM, Somoza EC, Harrer JM, Mezinskis JP, Montgomery MA, Goldsmith RJ., Coleman FS, **Bloch DA,** Leiderman DB, Singal BM, Berger P, and Elkashef A. "A Placebo-Controlled Screening Trial of Tiagabine, Sertraline, and Donepezil as Cocaine Dependence Treatments." *Addiction,* 2005; **(S1):** 68-77.

177. Zarins CK, Crabtree T, Arko FR, Heikkinen MA, **Bloch DA,** Ouriel K, White RA. "Endovascular repair or surveillance of patients with small AAA." *Eur J Vasc Endovasc Surg,* 2005; **29:** 496-503.

178. Popat RA, Eeden SK, Tanner CM, McGuire V, Bernstien AL, **Bloch DA,** Leimpeter MS, Nelson LM. "Effect of reproductive factors and postmenopausal hormone use on the risk of Parkinson's disease." *Neurology,* 2005; **65:** 383-390.

179. Lowsky R, Takahaste T, Liu YP, Dejbakhsh-Jones S, Grumet FC, Shizuru JA, Laport GG, Stockerl-Goldstein KE, Jonston LJ, Hoppe RT, **Bloch DA,** Blume KG, Negrin RS, Strober S. "Protective conditioning for acute graft-versus-host disease." *N Engl J Med,* 2005; **353:** 1321-1331.

180. Newton TF, De La Garza R, Fong T, Chiang N, Holmes TH, **Bloch DA,** Anderson A, Elkashef A. "A comprehensive assessment of the safety of intravenous methamphetamine administration during treatment with selegiline." *Pharmacol Biochem Behav,* 2005: **82:** 704-711.

181. Maheu E, Altman RD, **Bloch DA,** Doherty M, Hochberg M, Mannoni A, Punzi L Spector T, Verbruggen G. "Design and conduct of clinical trials in patients with osteoarthritis of the hand: recommendations from a task force of the Osteoarthritis Research Society International." *Osteoarthritis Cartilage,* 2006; **14(4):** 303-322.

182. Le Q-T, Taira A, Budenz S, Dorie MJ, Goffinet DR, Fee WE, Goode R, **Bloch D,** Koong A, Brown MJ, Pinto HA. "Mature results of a randomized phase II trial of cisplatin/5-flurouracil and radiotherapy ± tirapazamine in patients with resectable stage IV head and neck squamous cell carcinomas." *Cancer,* 2006; **106(9):** 1940-1949.

183. Popat RA, Van Den Eeden SK, Tanner CM, Bernstein AL, **Bloch DA,** Leimpeter A, McGuire V, Nelson LM. "Effect of reproductive factors and postmenopausal hormone use on the risk of amyotrophic lateral sclerosis." *Neuroepidemiology,* 2006; **27:** 117-121.

184. Camargo CA, **Bloch DA.** "Fluoxetine and suicide notes: suicide and the economy." *PLoS Med,* 2006; **3(11):** 2161-2164.

185. Johnson BA, Roache JD, Ait-Daoud N, Lamb RJ, Javors MA, Harrison JM, Elkashef A, Mojsiak J, Li S-H, **Bloch DA.** "A preliminary randomized, double-blind, placebo controlled study of the safty and efficacy of ondansetron in the treatment of cocaine dependence." *Drug Alcohol Depend,* 2006; **84(3):** 256-263.

186. Sandborg C, Holmes TH, Lee T, Biederman K, **Bloch DA,** Emery H, McCurdy D, Mellins ED. "Candidate early predictors for progression to joint damage in

17

systemic juvenile idiopathic arthritis." *J Rheumatol*, 2006; **33**: 2322-2329.

187. Kushida CA, Nichols DA, Quan SF, Goodwin JL, White DP, Gottlieb DJ, Walsh JK, Schweitzer PK, Guilleminault C, Srinon RD, Leary EB, Hyde PR, Holmes TH, **Bloch DA**, Green S, Gevins A, McEvoy LK, Dement WC. "The apnea positive pressure long-term efficacy study (APPLES): rationale, design, methods, and procedures." *J Clin Sleep Med*, 2006; 2: 288-300.

188. Zarins CK, Crabtree T, **Bloch DA**, Arko FR, Ouriel K, White RA. "Endovascular aneurysm repair at 5 years: Does aneurysm diameter predict outcome?" *J Vasc Surg*, 2006; 44(5): 920-929.

189. Benharash P, Lee JT, Abilez OJ, Crabtree J, **Bloch DA**, Zarins CK. "Iliac fixation inhibits migration of both suprarenal and infrarenal aortic endografts." *J Vasc Surg*, 2007; 45(2): 250-257.

190. **Bloch DA**, Lai TL, Su Z, Tubert-Bitter P. "A combined superiority and non-inferiority approach to multiple endpoints in clinical trials." *Stat Med*, 2007; 26(6): 1193-1207.

191. Rocha-Singh KJ, Jaff MR, Crabtree TR, **Bloch DA**, Ansel G. "Performance goals and endpoint assessments for clinical trials of femoropopliteal bare nitinol stents in patients with symptomatic peripheral arterial disease." *Cathet and Cardiovasc Interv*, 2007; 69: 910-919.

192. Popat RA, Tanner CM, Eeden SK, Bernstein AL, **Bloch DA**, Leimpeter A, McGuire V, Nelson LM. "Effect of non-steroidal anti-inflammatory medications on the risk of amyotropic lateral sclerosis." *Amyotroph Lateral Scler*, 2007; **8**: 157-163.

193. Olsen JA, **Bloch DA**, Bloch GJ. "Controlling for occasion-specific effects when assessing the test-retest reliability of self-report health questionnaires." *Qual Life Res*, 2007; 16: 1399-1405.

194. Stafford IP, Garite T, Dildy GA, Lucah AC, Williams CA, Bobritchi B, Lapointe, J, **Bloch DA**. "A comparison of speculum and non-speculum collection of cervovaginal specimens for fetal fibronectin testing." *Am J Obstet Gynecol* 2008; 199(2): 131.e1-e4.

195. Johnson BA, Ait-Daoud N, Elkashef A, Smith EV, Kahn R, Vocci F, Li S-H, **Bloch DA.** "A preliminary randomized, double-blind, placebo controlled study of the safety and efficacy of ondansetron in the treatment of methamphetamine dependence." *Int J Neurpsycopharm* 2008;11: 1-14.

196. Altman RD, Rosen JE, **Bloch DA**, Hatoum HT, Korner P. "A double-blind, randomized, saline controlled study of the effects and safety of EUFLEXXA for treatment of painful osteoarthritis of the knee, with an open-label safety extension." (*Semin Arthritis Rheum* 2009).

197. Gerszten PC, Smuck MW, Rathmell JP, Simopoulos TT, Bhagia SM, Mocek CK, Crabtree T, **Bloch DA**. "Plasma disc decomposition compared to fluoroscopy-guided transfominal epidural steroid injections for symptomatic contained lumbar disc

herniation: a prospective, randomized controlled trial." ( To appear, *J Neurosurg:Spine 2010*) .

198. Nelson LM, Van Den Eden SK, Tanner CM, Harrington D, **Bloch DA**, Bernstein AL. "Associations of tobacco, alcohol and caffeine consumption with the risk of developing Parkinson's disease: A population – based study." (submitted to *Neurology)*.

199. Bloch GJ, Kohlert JG, Mills RH, **Bloch DA**, "Acute and sensitized response to amphetamine in hyperactive vs. control rats." (submitted to *Pharm Biochem and Behav)*.

200. Glickman MH, Berman S, **Bloch DA**, Dickerman R, Frusha J, Henry ML, Hingorani A, Mistry B, Ross JR, Schild AF, Shenoy S. "Comparison of maturity, patency in arteriovenous fistula anastomoses: early results from a controlled, prospective, randomized, multi-center study comparing an interrupted nitinol clip technique to continuous suturing technique." (submitted to *J Vasc Surg.)*.

201. Yeast J, Peaceman A, Carlan S, Morrison J, Porter F, Perlow J, Colombo D, Goodwin T, Hickok D, Williams C, **Bloch D**, Garite T. "A positive fetal fibronectin test is associated with more favorable induction of labor outcomes." (submitted to *Am J Obstet Gynocol*).

202. Shino M, McGuire V, Van Den Eeden SK, Tanner CM, Popat R, Leimpeter A, **Bloch DA**, Bernstein AL, Nelson LM. "Familial aggregation of Parkinson's disease in a population-based case-control study." (submitted to *Neurology*).

203. Terr LC, **Bloch DA**, Oehlert J. "Compositions from Columbine: evidence of healing after a terror attack." (submitted to *Am J Psychiatry)*

204. Repossini A, **Bloch D**, Muneretto C, Piccoli P, Beholz S. "Transient thrombocytopenia after stentless pericardial aortic valve replacement: a real phenomenon? (submitted to *J Thorac Cardiovasc Surg*)

## 2. NON-PEER REVIEW PUBLICATIONS

1. **Bloch DA**, Lorig K, Brown BW, Moses LE. "Parametric versus non-parametric statistics." *Soc Sci Med*, 1989; **29(2)**:259-260.

2. Fries JF, Singh G, **Bloch DA**, Calin A. "The natural history of ankylosing spondylitis: is the disease really changing?" *J Rheumatol*, 1989; **16(7)**:860-863.

3. Astion ML, **Bloch DA**, Wener MH. "Neural network as expert systems in rheumatic disease diagnosis: artificial intelligence or intelligent artifice?" *J Rheumatol*, 1993; **20(9)**:1465-1471.

4. Kraemer HC, **Bloch DA**. "A goodness-of-fit approach to inference procedures for the kappa statistic: confidence interval construction, significance-testing and sample size estimation." *Stat Med*, 1994; **13(8)**:876-878.

5. Fries JF, **Bloch DA**, "Mortality in rheumatoid arthritis patients." *Ann Rheum Dis*, 1999; **59**:723-724.

6. Holman H, **Bloch DA**, Lorig K, Laurent D, Fisher D, Stewart AL. "Capturing the patient's view of change as a clinical outcome measure." *JAMA*, 2000; **283(14)**:1825.

7. Zarins CK and **Bloch DA**. "Misconceptions regarding the long term safety of the AneuRx stent graft." *J Vasc Surg*, 2004; **40(3)**:594-595.

8. Zarins CK, Crabtree T, Arko FR, Heikkinen MA, **Bloch DA**, Ouriel K, White RA. "Endovascular repair of surveillance of patients with small AAA." Letter to Editor. *Eur J Vasc Endovasc Surg*, 2006; **31**: 562-563.