COOLEY GODWARD KRONISH LLP
WILLIAM S. FREEMAN (82002) (freemanws@cooley.com)
JOHN C. DWYER (136533) (dwyerjc@cooley.com)
SHANNON M. EAGAN (212830) (seagan@cooley.com)
VALERIE CASTELO (247540) (vcastelo@cooley.com)
Five Palo Alto Square
3000 El Camino Real
Palo Alto, CA 94306-2155
Telephone: (650) 843-5000
Facsimile: (650) 857-0663

Attorneys for Defendants
RIGEL PHARMACEUTICALS, INC.,
JAMES M. GOWER, RYAN D. MAYNARD,
DONALD G. PAYAN, RAUL R. RODRIGUEZ,
ELLIOTT B. GROSSBARD, JEAN DELEAGE,
BRADFORD S. GOODWIN, GARY A. LYONS,
WALTER H. MOOS, HOLLINGS C. RENTON,
PETER S. RINGROSE, and STEPHEN A. SHERWIN

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| IN RE RIGEL PHARMACEUTICALS, INC. SECURITIES LITIGATION. | Master File No. CV 09-00546 JSW<br><br>CLASS ACTION<br><br>**STIPULATION TO FILE BRIEFS IN EXCESS OF 15 PAGES AND [PROPOSED] ORDER** |
| This Document Relates To: All Actions | |

COOLEY GODWARD
KRONISH LLP
ATTORNEYS AT LAW
PALO ALTO

829160 v1/HN

STIPULATION TO FILE BRIEFS IN EXCESS OF 15
PAGES AND [PROPOSED] ORDER
CASE NO. CV 09-00546 JSW

1  WHEREAS, although Civil Local Rule 7-2 allows for the filing of briefs up to 25 pages in length, this Court's Standing Order limits briefs to 15 pages, except for summary judgment motions and claim construction briefs; and

WHEREAS, in connection with the defendants' previous motion to dismiss the Consolidated Complaint for Violations of the Federal Securities Laws, which was granted by the Court without prejudice on December 21, 2009, the Court permitted the parties to file principal briefs up to 25 pages in length, and a reply brief up to 15 pages in length; and

WHEREAS, the parties have conferred, and agree that in light of the number and complexity of issues presented by the defendants' anticipated motions to dismiss the Consolidated Amended Complaint for Violations of the Federal Securities Laws, it will be helpful to the parties, and will hopefully be helpful to the Court, to once again permit the parties to file principal briefs on the motions not to exceed 25 pages, and a reply brief not to exceed 15 pages, inclusive of summaries of argument.

IT IS HEREBY STIPULATED that, subject to the approval of the Court, the parties may file opening and opposition briefs in this matter not to exceed 25 pages, and a reply brief not to exceed 15 pages, exclusive of title pages, indices of cases, table of contents and exhibits, but inclusive of summaries of argument.

Dated: February 2, 2010

COOLEY GODWARD KRONISH LLP
WILLIAM S. FREEMAN (82002)
JOHN C. DWYER (136533)
SHANNON M. EAGAN (212830)
VALERIE CASTELO (247540)

_____/s/_____
William S. Freeman (82002)

Attorneys for Defendants
RIGEL PHARMACEUTICALS, INC., JAMES M. GOWER, RYAN D. MAYNARD, DONALD G. PAYAN, RAUL R. RODRIGUEZ, ELLIOTT B. GROSSBARD, JEAN DELEAGE, BRADFORD S. GOODWIN, GARY A. LYONS, WALTER H. MOOS, HOLLINGS C. RENTON, PETER S. RINGROSE, and STEPHEN A. SHERWIN

COOLEY GODWARD KRONISH LLP
ATTORNEYS AT LAW
PALO ALTO

829160 v1/HN

1.

STIPULATION TO FILE BRIEFS IN EXCESS OF 15 PAGES AND [PROPOSED] ORDER
CASE NO. CV 09-00546 JSW

| | | |
|---|---|---|
| 1 | Dated: February 2, 2010 | COUGHLIN STOIA GELLER RUDMAN & ROBBINS LLP |
| 2 | | WILLOW E. RADCLIFFE (200087) |
| 3 | | DANIEL J. PFEFFERBAUM (248631) S. ASHAR AHMED (256711) |

          /s/
_____
Willow E. Radcliffe (200087)

Attorneys For Plaintiff
INTER-LOCAL PENSION FUND GCC/IBT

Dated: February 2, 2010      MILBANK, TWEED, HADLEY & MCCLOY LLP
JERRY L. MARKS (135395)
PAUL M. TORRES (240590)

          /s/
_____
Jerry L. Marks (135395)

Attorneys for Defendants
CREDIT SUISSE SECURITIES (USA) LLC,
THOMAS WEISEL PARTNERS, LLC,
OPPENHEIMER & CO. INC. and JEFFERIES & COMPANY, INC.

### **FILER'S ATTESTATION**

      Pursuant to General Order No. 45, Section X, Subparagraph B, the undersigned attests that all parties have concurred in the filing of this Stipulation to File Briefs in Excess of 15 Pages and [Proposed] Order.

Dated: February 2, 2010      COOLEY GODWARD KRONISH LLP
WILLIAM S. FREEMAN (82002)

          /s/
_____
William S. Freeman (82002)

COOLEY GODWARD
KRONISH LLP
ATTORNEYS AT LAW
PALO ALTO

829160 v1/HN      2.      STIPULATION TO FILE BRIEFS IN EXCESS OF 15 PAGES AND [PROPOSED] ORDER
CASE NO. CV 09-00546 JSW

**[PROPOSED] ORDER**

Upon the stipulation of the parties, and good cause appearing. IT IS SO ORDERED.

Dated: February 3, 2010

_____
THE HONORABLE JEFFREY S. WHITE
UNITED STATES DISTRICT JUDGE

COOLEY GODWARD
KRONISH LLP
ATTORNEYS AT LAW
PALO ALTO

829160 v1/HN

3.

STIPULATION TO FILE BRIEFS IN EXCESS OF 15
PAGES AND [PROPOSED] ORDER
CASE NO. CV 09-00546 JSW