IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

In re RIGEL PHARMACEUTICALS, INC.
SECURITIES LITIGATION

No. C 09-00546 JSW

This Document Relates To:

ALL ACTIONS.

**ORDER VACATING HEARING ON DEFENDANTS' MOTIONS TO DISMISS AND TO STRIKE**

Pursuant to Civil Local Rule 7-1(b), the Court finds that the motions to dismiss and to stay which have been noticed for hearing on Friday, April 9, 2010 at 9:00 a.m., are appropriate for decision without oral argument. Accordingly, the hearing date is hereby VACATED. The motions will be taken under submission and decided on the papers.

**IT IS SO ORDERED.**

Dated: April 6, 2010

JEFFREY S. WHITE
UNITED STATES DISTRICT JUDGE