UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| In re RIGEL PHARMACEUTICALS, INC. SECURITIES LITIGATION | No. 3:09-cv-00546-JSW |
| | CLASS ACTION |
| This Document Relates To: ALL ACTIONS. | [PROPOSED] JUDGMENT |

On August 24, 2010, the Court issued an Order Granting Defendants' Motion to Dismiss Plaintiff's Consolidated Amended Complaint ("Order"). Dkt. No. 93. The Order dismissed Lead Plaintiff's complaint in its entirety without prejudice and granted 30 days for Lead Plaintiff to amend. On September 22, 2010, Lead Plaintiff filed a notice of its election to stand on its Consolidated Amended Complaint for Violations of the Federal Securities Laws and requested that final judgment be entered dismissing this action with prejudice so that appeal can be taken therefrom. Dkt. No. 94. Pursuant to Lead Plaintiff's election, JUDGMENT is hereby entered in favor of defendants.

IT IS SO ORDERED.

DATED: ____________________________

THE HONORABLE JEFFREY S. WHITE
UNITED STATES DISTRICT JUDGE

Submitted by:

DATED: October 28, 2010

ROBBINS GELLER RUDMAN
& DOWD LLP
WILLOW E. RADCLIFFE
DANIEL J. PFEFFERBAUM
S. ASHAR AHMED

/s/
WILLOW E. RADCLIFFE

Post Montgomery Center
One Montgomery Street, Suite 1800
San Francisco, CA 94104
Telephone: 415/288-4545
415/288-4534 (fax)

Lead Counsel for Plaintiffs

## CERTIFICATE OF SERVICE

I hereby certify that on October 28, 2010, I authorized the electronic filing of the foregoing with the Clerk of the Court using the CM/ECF system which will send notification of such filing to the e-mail addresses denoted on the attached Electronic Mail Notice List, and I hereby certify that I caused to be mailed the foregoing document or paper via the United States Postal Service to the non-CM/ECF participants indicated on the attached Manual Notice List.

I certify under penalty of perjury under the laws of the United States of America that the foregoing is true and correct. Executed on October 28, 2010.

/s/

WILLOW E. RADCLIFFE

ROBBINS GELLER RUDMAN
& DOWD LLP
Post Montgomery Center
One Montgomery Street, Suite 1800
San Francisco, CA 94104
Telephone: 415/288-4545
415/288-4534 (fax)
E-mail: willowr@rgrdlaw.com

# Mailing Information for a Case 3:09-cv-00546-JSW

## Electronic Mail Notice List

The following are those who are currently on the list to receive e-mail notices for this case.

- **Sayed Ashar Ahmed**
  AAhmed@rgrdlaw.com
- **Margaret Irene Branick-Abilla**
  mbranickabilla@cooley.com,wilsonla@cooley.com,foxl@cooley.com
- **John C. Dwyer**
  dwyerjc@cooley.com,giovannonib@cooley.com
- **Shannon Marie Eagan , Esq**
  seagan@cooley.com
- **Jerry L. Marks**
  jmarks@milbank.com,mawalsh@milbank.com
- **Matthew Paul Montgomery**
  mattm@csgrr.com,e_file_sf@csgrr.com,e_file_sd@csgrr.com
- **Erik David Peterson**
  epeterson@btkmc.com
- **Daniel Jacob Pfefferbaum**
  DPfefferbaum@rgrdlaw.com,khuang@rgrdlaw.com,gfreemon@rgrdlaw.com,nrogers@rgrdlaw.com,e_file_sd@rgrdlaw.com,e_file_sf@rgrdlaw.com
- **Willow E. Radcliffe**
  willowr@rgrdlaw.com,khuang@rgrdlaw.com,e_file_sd@rgrdlaw.com,e_file_sf@rgrdlaw.com
- **Darren Jay Robbins**
  e_file_sd@rgrdlaw.com
- **Paul Michael Torres**
  ptorres@milbank.com

## Manual Notice List

The following is the list of attorneys who are **not** on the list to receive e-mail notices for this case (who therefore require manual noticing). You may wish to use your mouse to select and copy this list into your word processing program in order to create notices or labels for these recipients.

- (No manual recipients)