UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| In re RIGEL PHARMACEUTICALS, INC. SECURITIES LITIGATION | No. 3:09-cv-00546-JSW |
| | <u>CLASS ACTION</u> |
| This Document Relates To: | [~~PROPOSED~~] JUDGMENT |
| ALL ACTIONS. | |

On August 24, 2010, the Court issued an Order Granting Defendants' Motion to Dismiss Plaintiff's Consolidated Amended Complaint ("Order"). Dkt. No. 93. The Order dismissed Lead Plaintiff's complaint in its entirety without prejudice and granted 30 days for Lead Plaintiff to amend. On September 22, 2010, Lead Plaintiff filed a notice of its election to stand on its Consolidated Amended Complaint for Violations of the Federal Securities Laws and requested that final judgment be entered dismissing this action with prejudice so that appeal can be taken therefrom. Dkt. No. 94. Pursuant to Lead Plaintiff's election, JUDGMENT is hereby entered in favor of defendants.

IT IS SO ORDERED.

DATED: November 1, 2010

THE HONORABLE JEFFREY S. WHITE
UNITED STATES DISTRICT JUDGE

Submitted by:

DATED: October 28, 2010

ROBBINS GELLER RUDMAN
& DOWD LLP
WILLOW E. RADCLIFFE
DANIEL J. PFEFFERBAUM
S. ASHAR AHMED

/s/
WILLOW E. RADCLIFFE

Post Montgomery Center
One Montgomery Street, Suite 1800
San Francisco, CA 94104
Telephone: 415/288-4545
415/288-4534 (fax)

Lead Counsel for Plaintiffs